UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

TRACI LEOPARD, ET AL        )
                            )        3.
_____ )
                            )
vs                          )        CA C 00-115
                            )
DOLPHIN DOCK, INC., ET AL   )
                            )
_____ )

United States District Court
Southern District of Texas
FILED

MAR 27 2000

Michael N. Milby
Clerk of Court

NOTICE OF TRANSFER

This case has been transferred to JUDGE JANIS GRAHAM JACK for the reason:

    (X)  Agreement between the Judges.

    ( )  Case in exchange for CA C-_____ which was transferred due to:

    ( )  recusal

    ( )  bankruptcy related case

    ( )  Consent to Proceed before the U. S. Magistrate Judge filed.

    ( )  Other:

Cut-off dates in existing scheduling/docket control orders remain in effect. However, all court settings are canceled. The receiving court will issue new court settings.

Counsel are instructed to notify the appropriate Case Manager by letter of pending motions.

MICHAEL N. MILBY, CLERK

Date: March 27, 2000            By: Judith F. Alvarez
                                    U. S. Deputy Clerk

ClibPDF - www.fastio.com