C-00-115

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-30-00 |
| NAME OF SERVER (PRINT) Teresa Tey Gozly | TITLE Constable |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Karisma Luke (wife)
310 Reynolds street Taft, Texas 78390

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3-30-00
             Date

Signature of Server: Constable Tey Gozly

Address of Server: 215 McIntyre

*United States District Court*
*Southern District of Texas*
*FILED*
*APR 10 2000*
*MICHAEL N. MILBY, CLERK*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN _____ DISTRICT OF _____ TEXAS

TRACI LEOPARD AND BRYAN LEOPARD

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: C-00-115

DOLPHIN DOCK, INC., ET AL

TO: (Name and address of defendant)

Dean K. Luke, individualy and dba Barracuda Incorporated
310 Reynolds Avenue
Taft, San Patricio County, Texas 78390

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                              MAR 2 0 2000
_____                       _____
CLERK                                                 DATE

_[signature]_
_____
(BY) DEPUTY CLERK