United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | § § § | |
| PLAINTIFFS | § | |
| VS. | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL | § | |
| DEFENDANTS | § | |

## APPEARANCE AND ANSWER OF DOLPHIN DOCK, INC.

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Dolphin Dock, Inc. and responding to the summons respectfully shows:

**1**

1. This suit alleges an admiralty or maritime claim within the meaning of Rule 9(h). It is denied that it is an admiralty claim against Dolphin Dock, Inc.

**2**

2. Dolphin Dock, Inc. is a Texas corporation. Maintains an office in Port Aransas, Texas. It denies that it has any responsibility, liability or connection with the plaintiffs or their fishing trip apparently made the substance of this lawsuit.

**3**

3. Dolphin Dock, Inc. denies that the plaintiffs were on a fishing trip with Dolphin Dock, Inc. or that the plaintiffs were being transported by agents or employees of Dolphin Dock, Inc. It neither admits or denies the injuries to the plaintiffs or either of them. It denies

ownership of the vessel, Dolphin Express, or control of the vessel.

**4**

4.  Dolphin Dock, Inc. denies the allegations in paragraph four (4) of the complaint or that it had any responsibilities as alleged in paragraph four (4) of the complaint and specially excepts to paragraph seven (7) alleging various other acts and or omissions of negligence and asks that the court require the complainant to allege them in detail in time for this defendant to be prepared to defend against the same.

5.  The allegations of unseaworthiness are denied.

**5**

6.  This defendant specially excepts to paragraph five (5) because of its generality and requests that the court order that the plaintiffs make more specific their allegations of violation of the Texas Deceptive Trade Practice-Consumer Protection Act in the following respects:

    1)  Each false, misleading, deceptive act.

    2)  All unconscionable actions and courses of action.

    3)  All breaches of warranty and material representations.

    4)  The individuals or entities that are alleged to have committed each of the above acts and an identifiable time which such act or omission occurred.

**6**

7.  This defendant neither admits or denies the allegations in paragraph six (6) in reference to the United States Coast Guard and leaves plaintiffs to their proof regarding such matters.

g:\stat1\docs\dolphin.doc\leoprd-2.000\dol-doc.ans(pc)     2

**7**

8.      This defendant neither admits or denies the allegations contained in paragraph seven (7) of the petition or the nature and extent of injuries of the plaintiffs, if any.

**8**

9.      This defendant neither admits or denies the allegations contained in this paragraph, except that it denies liability therefore, if any.

**9**

10.     This defendant neither admits or denies the allegations in paragraph nine (9) and leaves plaintiffs to its proof.

**10**

11.     This defendant denies any liability to the plaintiffs in the allegations contained in paragraph ten (10).

12.     PREMISES CONSIDERED, this defendant shows that it has been unjustly sued herein for which it is entitled to relief and prays that the plaintiffs be denied any and all relief from this defendant and for all other proper relief in law and equity to which it may show itself entitled.

g:\stat1\docs\dolphin.doc\leoprd-2.000\dol-doc.ans(pc)    3

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
1109 Santa Fe (78404
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (512)884-8221
Facsimile No.: (512)884-8533

BY: _____
BOB J. SPANN
State Bar No.: 18873000
ATTORNEY FOR
DOLPHIN DOCK, INC.

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via certified mail on this the ___ day of April, 2000.

BY: _____
BOB J. SPANN
State Bar No.: 18873000

**CERTIFIED MAIL:** Z 208 461 893
Mr. Joe Fisher, II,
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-8888

**CMRRR NO.: Z208461897**
Mr. James H. DeAtley,
United States Attorney
910 Travis Street, Suite 1500
Houston, Texas 77002