United States District Court
Southern District of Texas
FILED

APR 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § § | |
| PLAINTIFFS | § § | |
| VS | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL | § § | |
| DEFENDANT | § | |

## CERTIFICATE OF PARTIES

As per the Court's order, Defendant hereby submits the disclosure of the parties involved in the above referenced litigation.

Counsel for Plaintiffs' Traci Leopard and Bryan Leopard as follows:

JOE J. FISHER, II

TBA #:00787471

PROVOST & UMPHREY

LAW FIRM, L.L.P.

P.O. Box 4905

Beaumont, Texas 77704-4905

Telephone No.: (409) 835-6000

Facsimile No.: (409) 838-8888

Counsel for Defendants' Dolphin Dock, Inc.,; Barracuda, Inc.,; Barracuda Incorporated,; Dean K. Luke, Individually and d/b/a Barracuda Incorporated,; Dolphin Express, Inc.,; and Gulley's Diving Service, Inc. as follows:

Page 1 of 3

9.

BOB J. SPANN

TBA #: 18873000

Federal Admissions #: 2215

BOB J. SPANN & ASSOCIATES

P.O. Box 3039

Corpus Christi, Texas 78463-3039

Telephone No.: (361) 884-8221

Facsimile No.: (361) 884-8533

Parties identified for Defendant, United States Coast Guard in Plaintiffs' Original Complaint are as follows:

James H. DeAtley,

United States Attorney for the Southern District of Texas

910 Travis Street, Suite 1500

Houston, Texas 77002

and

Janet Reno,

Attorney General of the United States

10th Street & Constitution Avenue.

N.W., Washington, D.C. 20530

Counsel filing this Certificate is at this time unaware of the correct party, individual and/or firm that will be representing the United States Coast Guard since such Defendant has not yet filed an answer to such Complaint. Counsel filing this certificate will properly supplement such Certificate once counsel is made aware of such party, individual and/or

firm.

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (361)884-8221
Facsimile No.:   (361)884-8533

By: _____
Bob J. Spann
TBA 18873000

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record by certified mail return receipt requested on this the 14th (17th) day of April, 2000.

### CMRRR NO.: Z208461893
Mr. Joe J. Fisher, II
PROVOST & UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas 77704-4905
Telephone No.: (409) 835-6000
Facsimile No.: (409) 838-8888

### CMRRR NO.: Z208461897
James H. DeAtley,
United States Attorney
910 Travis Street, Suite 1500
Houston, Texas 77002

By: _____
Bob J. Spann
TBA No. 18873000
