UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 2 1 2000

Michael N. Milby
Clerk of Court

Traci Leopard, et al.           §

VS.                             §    CIVIL ACTION NO. C-00-115

Dolphin Dock, Inc., et al.      §


ORDER STRIKING PLEADING (S)

The clerk has filed your "Appearance and Answers of Dolphin Dock, Inc."  ;
however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed. (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (No Southern District of Texas Bar Number (L.R.2.C.1.D)

3. ____ Caption of the pleading is incomplete (L.R.3.E)

4. ____ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ____ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ____ Separate proposed order not attached (L.R.6.A.3)

7. ____ Motion to consolidate is not in compliance with L.R.6.G

8. ____ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 4-20-00
re: D.E. #8/dp

_____
JUDGE PRESIDING