UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

*United States District Court*
*Southern District of Texas*
*ENTERED*
*APR 2 1 2000*
*Michael N. Milby*
*Clerk of Court*

19.

| | | |
|---|---|---|
| Traci Leopard, et al. | § | |
| VS. | § | CIVIL ACTION NO. C-00-115 |
| Dolphin Dock, Inc., et al. | § | |

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Original Answer of Dean K. Luke, Individually, Barracuda, Incorporated, et al." ;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (No Southern District of Texas Bar Number (L.R.2.C.1.D)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. ___ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. _x_ Other: Pleading is not in compliance with Judge Janis Graham Jack's standing order (#4)

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: 4-20-00
re: D.E. #10/dp

_____
JUDGE PRESIDING