UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 21 2000

Michael N. Milby
Clerk of Court

Traci Leopard, et al.　　　　　§

VS.　　　　　　　　　　　　　　§　　CIVIL ACTION NO. C-00-115

Dolphin Dock, Inc., et al.　　§

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Certificate of Parties"　　　　　　　;

however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (No Southern District of Texas Bar Number (L.R.2.C.1.D)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. ___ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. ___ Other: _____

_____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __4-21-00__
re: D.E. #9/dp

_____
JUDGE PRESIDING