United States District Court
Southern District of Texas
FILED

APR 28 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD § § § PLAINTIFFS § VS. § § DOLPHIN DOCK, INC., ET AL § § DEFENDANTS § | C.A. NO. C-00-115 |

### MOTION TO MOVE FOR LEAVE TO FILE CORRECTED ANSWERS COMPLYING WITH THE COURT'S ORDER TO STRIKE

**TO THE HONORABLE JUDGE OF SAID COURT:**

The court heretofore entered an order striking the original answers because they failed to comply with the local rule 2.C.1 a through e.

1. The defendant submits for filing a corrected answer for each party that has been corrected in accordance with the order to strike and now requests leave that this answer be substituted for the original answer.

Respectfully submitted,

BOB J. SPANN & ASSOCIATES
1109 Santa Fe (78404
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (512)884-8221
Facsimile No.: (512)884-8533

BY:_____
BOB J. SPANN
State Bar No.: 18873000
Federal Admissions # - 2215
ATTORNEY IN CHARGE FOR
DEFENDANTS

1



## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via certified mail on this the 24 day of April, 2000.

BY: /s/ B. Spann
BOB J. SPANN
State Bar No.: 18873000
Federal Admissions # - 2215
ATTORNEY IN CHARGE FOR:
DEFENDANTS

**CERTIFIED MAIL: Z 208 461 876**

Mr. Joe Fisher, II,
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-8888

**CMRRR NO.: Z 208 461 877**

Mr. James H. DeAtley,
United States Attorney
910 Travis Street, Suite 1500
Houston, Texas 77002

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | § § § | |
| PLAINTIFFS | § | |
| VS. | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL | § | |
| DEFENDANTS | § | |

## PROPOSED ORDER

On this day came on to be considered defendants Motion to Move For Leave to File Corrected Answers Complying with the Court's Order to Strike and it is hereby granted.

Signed and ordered and entered this \_\_\_\_ day of _____, 2000.

_____
**JUDGE PRESIDING**

3