United States District Court
Southern District of Texas
FILED
APR 28 2000
Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | § § § | |
| PLAINTIFFS | § | |
| VS. | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL | § § | |
| DEFENDANTS | § | |

### ANSWER OF GULLEY'S DIVING SERVICE, INC.

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Gulley's Diving Service, Inc. named a defendant in the above captioned suit and answering respectfully shows:

**1**

1. This defendant neither admits or denies that it is an admiralty or maritime claim within the meaning of Rule 9(h) under the Federal Rules of Civil Procedure, but does deny that there is such a claim against it.

**2**

2. Gulley's Diving Service, Inc. is a Texas corporation with its principal offices in Texas and all notices upon it may be obtained upon counsel of record named below.

**3**

3. This defendant is not connected with the events alleged to have occurred on March the 28th, 1998 and is improperly made a party hereto. The allegations contained in paragraph three (3) of the complaint are neither admitted or denied except that this defendant denies any responsibility, liability or connection with the events being

g:\stat1\docs\dolphin.doc\leoprd-2000\gulley's.ans(pc)   1

complained about. This defendant's connection goes no further than to own land and shore facilities which it leases to others to engage in the fishing business with no connection and responsibility for their activities.

**4**

4.      In connection with the allegations in paragraph four (4) this defendant respectfully shows that it has no knowledge, no responsibility therefore and as alleged earlier is improperly made a part of this suit and without just cause.  It also has no knowledge as to whether the "Dolphin Express" is or was not a seaworthy or unseaworthy vessel on the occasion in question.

**5**

5.      In response to this allegation in the complaint, this defendant pleads outrage.  It's being sued under the Texas Deceptive Trade Practices-Consumer Protection Act on matters in which it has no part to play.  Has made no representations.  Has engaged in no actions to bring the plaintiffs together with their fishing enterprises and seeks an early dismissal from the expense and harassment of this litigation.

**6**

6.      The allegations in paragraph six (6) are neither admitted or denied.  This defendant denies it has any connection with such events or should be made a party to a lawsuit herein.

**7**

7.      The allegations contained in paragraph seven (7) are neither admitted or denied by this defendant who has no connection with such events or any liability or responsibility

g:\stat1\docs\dolphin.doc\leoprd-2000\gulley's.ans(pc)      2

therefore.

**8**

8.  The allegations in this paragraph of the complaint are neither admitted or denied because of lack of knowledge, responsibility or liability therefore.

**9**

9.  This defendant neither admits or denies that this action is brought under Title 46, Section 688, et seq. USCA and leave such matters to the plaintiffs and any of the defendants that may have a responsibility or connection therewith.

**10**

10. Plaintiffs neither admit or deny the allegations in paragraph ten (10) except to say that this defendant has no liability therefore and should be dismissed from this suit as quickly as possible.

11. PREMISES CONSIDERED, this defendant prays that the plaintiffs take nothing by this suit against it, that it go hence with its cost and all other proper relief.

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
1109 Santa Fe (78404
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (512)884-8221
Facsimile No.: (512)884-8533

BY: _____
BOB J. SPANN
State Bar No.: 18873000
Federal Admissions # - 2215
ATTORNEY IN CHARGE FOR:
GULLEY'S DIVING SERVICE, INC.

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record via certified mail on this the 28th day of April, 2000.

BY: _____
BOB J. SPANN
State Bar No.: 18873000
Federal Admissions # - 2215
ATTORNEY IN CHARGE FOR:
GULLEY'S DIVING SERVICE, INC.

**CERTIFIED MAIL: Z 208 461 876**

Mr. Joe Fisher, II,
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-8888

**CMRRR NO.: Z 208 461 877**

Mr. James H. DeAtley,
United States Attorney
910 Travis Street, Suite 1500
Houston, Texas 77002