IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Co...
Southern District of Tex...
FILED

MAY 10 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD  PLAINTIFFS | * | |
| VS. | * | C. A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL  DEFENDANT | | |

## CERTIFICATE OF PARTIES

As per the Court's order, Plaintiffs hereby submit the following disclosure of the parties involved in the above referenced litigation:

**REPRESENTING PLAINTIFFS, TRACI LEOPARD AND BRYAN LEOPARD:**

JOE J. FISHER II
TBA #: 00787471
PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-813-8609 (Facsimile)

**REPRESENTING DEFENDANTS, BARRACUDA, INCORPORATED, DEAN K. LUKE, INDIVIDUALLY AND DBA BARRACUDA, INCORPORATED, DOLPHIN EXPRESS, INC., GULLEY'S DIVING SERVICE, INC., AND DOLPHIN DOCK, INC.:**

Bob J. Spann
TBA#: 18873000
Federal Admissions #: 2215
BOB J. SPANN & ASSOCIATES
P. O. Box 3039
Corpus Christi, TX 78463-3039
361//884-8221
361/884-8533 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Certificate of Parties was forwarded to opposing counsel on this 8TH day of May, 2000.

_____
JOE J. FISHER II

ClibPDF - www.fastio.com