AO 440 (Rev 10-93) Summons in a Civil Action

# United States Distr

Z 146 036 157

SOUTHERN _____ DISTRICT OF _____

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

TRACI LEOPARD AND BRYAN LEOPARD

SUMM

V.

CASE NUM

DOLPHIN DOCK, INC., ET AL

Sent to *U.S. Coast Guard*
Street & Number *c/o Attorney General of U.S.,*
Post Office, State, & ZIP Code *Janet Reno*
Postage *10th St. & Constitution*
Certified Fee *Avenue, N.W.,*
Special Delivery Fee *Washington, DC*
Restricted Delivery Fee *20530*
Return Receipt Showing to Whom & Date Delivered
Return Receipt Showing to Whom, Date, & Addressee's Address
TOTAL Postage & Fees   $
Postmark or Date *3-23-2000*

PS Form 3800, April 1995

TO: (Name and address of defendant)

United States Coast Guard
by serving via Certified Mail to: Attorney General of the
10th Street & Constitution Avenue, N.W.,
Washington, D.C. 20530.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumnot, TX  77704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                               MAR 2 0 2000

_____                      _____
CLERK                                                 DATE

_Dana R P_____
(BY) DEPUTY CLERK

AO 440 (Rev 10-93) Summons in a Civil Action

# United States Distr

Z 146 036 157

SOUTHERN _____ DISTRICT OF _____

TRACI LEOPARD AND BRYAN LEOPARD

SUMM

V.

CASE NUM

DOLPHIN DOCK, INC., ET AL

**US Postal Service**
**Receipt for Certified Mail**
No Insurance Coverage Provided.
Do not use for International Mail (See reverse)

Sent to *U.S. Coast Guard*
Street & Number *c/o Attorney General of U.S.*
Post Office, State, & ZIP Code *Janet Reno*
Postage *10th St. & Constitution*
Certified Fee *Avenue, N.W.*
Special Delivery Fee *Washington, DC*
Restricted Delivery Fee *20530*
Return Receipt Showing to Whom & Date Delivered
Return Receipt Showing to Whom, Date, & Addressee's Address
TOTAL Postage & Fees   $
Postmark or Date *3-23-2000*
PS Form 3800, April 1995

TO: (Name and address of defendant)

United States Coast Guard
by serving via Certified Mail to: Attorney General of th
10th Street & Constitution Avenue, N.W.,
Washington, D.C. 20530.

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumnot, TX   77704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                    MAR 2 0 2000

CLERK                                      DATE

_Dana R P____
(BY) DEPUTY CLERK

ClibPDF - www.fastio.com