AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

TRACI LEOPARD AND BRYAN LEOPARD

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DOLPHIN DOCK, INC., ET AL

C-00-115

**TO:** (Name and address of defendant)

Dean K. Luke, individually and dba Barracuda Incorporated, by serving his agent at 300 W. Cotter, Port Aransas, Texas 78373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                     MAR 2 0 2000

CLERK                                        DATE

_(signature)_
(BY) DEPUTY CLERK

Case 2:00-cv-00115   Document 36   Filed in TXSD on 05/10/2000   Page 2 of 2

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN **DISTRICT OF** TEXAS

TRACI LEOPARD AND BRYAN LEOPARD

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

DOLPHIN DOCK, INC., ET AL

C-00-115

TO: (Name and address of defendant)

Dean K. Luke, individually and dba Barracuda Incorporated, by serving his agent at 300 W. Cotter, Port Aransas, Texas 78373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

MAR 2 0 2000

CLERK

DATE

(BY) DEPUTY CLERK