C-00-115

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE 3-27-00 |
| NAME OF SERVER (PRINT) Charles Henderson | TITLE Process Server |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 312 Reynolds Ave Taft, TX. 78390

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   3-27-00
                Date

Signature of Server: Charles Henderson

Address of Server: 2215 Calder Suite 203, Beaumont TX. 77701

United States District Court
Southern District of Texas
FILED
MAY 10 2000
MICHAEL N. MILBY, CLERK

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure

ClibPDF - www.fastio.com

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern **DISTRICT OF** Texas

TRACI LEOPARD AND BRYAN LEOPARD

V.

DOLPHIN DOCK, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

C-00-115

TO: (Name and address of defendant)

Barracuda Incorporated
and/or its agent for service, Dean K. Luke,
300 W. Cotter
Port Aransas, Texas 78373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK                     MAR 2 0 2000
------------------------------              ------------------------------
CLERK                                        DATE

_(signature)_
(BY) DEPUTY CLERK

ClibPDF - www.fastio.com