AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT  **DISTRICT OF** TEXAS

TRACI LEOPARD AND BRYAN LEOPARD

V.

DOLPHIN DOCK, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-115

TO: (Name and address of defendant)

Dolphin Express, Inc.,
by serving its agent for service, Charles W. Zahn
300 W. Cotter
Port Aransas, Texas 78373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK            MAR 2 0 2000

CLERK                                DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT _____ DISTRICT OF ___TEXAS___

TRACI LEOPARD AND BRYAN LEOPARD

V.

DOLPHIN DOCK, INC., ET AL

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C-00-115

TO: (Name and address of defendant)

Dolphin Express, Inc.,
by serving its agent for service, Charles W. Zahn
300 W. Cotter
Port Aransas, Texas 78373

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Joe J. Fisher II
Provost Umphrey Law Firm
P. O. Box 4905
Beaumont, TX  77704

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL N. MILBY, CLERK

CLERK

(BY) DEPUTY CLERK

MAR 2 0 2000

DATE