United States District Court
Southern District of Texas
FILED

MAY 17 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| PLAINTIFFS | | |
| VS. | * | C. A. NO. C-00-115 |
| DOLPHIN DOCKS AND DOLPHIN DOCKS CHARTERS | * | |
| DEFENDANT | | |

### PLAINTIFFS' INITIAL DISCLOSURE

To:   Defendant(s), and/or their attorney of record, Bob J. Spann, Bob J. Spann & Associates, P. O. Box 3039, Corpus Christi, TX 78463

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs hereby submit the following Initial Disclosure:

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

The following persons have knowledge of the incident in question, as well as the subsequent injuries and damages resulting from the incident in question:

Traci Leopard
19942 Sutton Falls Drive
Cypress, TX  77433
281/858-0108

Bryan Leopard
19942 Sutton Falls Drive
Cypress, TX  77433
281/858-0108

The following persons may have knowledge regarding the incident in question, and/or information regarding the vessel in question, as well as the vessel's captain and crew members.  These persons also have knowledge of the owners, ownership and shareholders of the Defendant companies sued herein:

1

42.

Dean Luke
310 Reynolds
Taft, Texas

Paul Dirk
808 Sea Breeze
Port Aransas, TX 78373

Gary Bridges
Ingleside, TX
361/776-2476

Phil Hogan
(address and telephone number unknown at this time.)

Charles Zahn
300 W. Cotter
Port Aransas, Texas 78373


The following persons also have knowledge of the incident in question:

The owner, operator, manager, and employees of the vessel, THE DOLPHIN EXPRESS as of the date of the incident in question.

The owner, operator, manager, employees and/or agents of Dolphin Dock, Inc., Barracuda, Inc., Dolphin Express, Inc., Gulley's Diving Service, Inc. on the date of the incident in question.

Members of the Coast Guard Rescue Team- Tony Trout, Coast Guard diver; Coast Guard Pilot, Andy/Mike Newell; complete names and addresses to be furnished when additional information received.



The following medical providers have information and knowledge regarding Traci Leopard's injuries, medical treatment, medical prognosis, and billing charges for medical services:

Custodians of Medical and Billing Records for
Spohn Memorial Hospital
2606 Hospital Boulevard
Corpus Christi, TX
512/902-4000

Dr. Roberto Seidner, and/or his custodians of medical and billing records,
E/R Physician
Spohn Memorial Medical Center
2606 Hospital Boulevard
Corpus Christi, TX
512/902-4000

Custodians of Medical and Billing Records for
Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
713/897-3114

Dr. George J. Abdo, Radiologist
Dr. Robert M. Gordon,
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop
Houston, TX

Dr. Marilyn Mayer, and/or her custodians of medical and billing records,
11302 Fallbrook
Houston, TX  77065

Dr. William Morgan, and/or his custodians of medical and billing records,
Texas Ear, Nose & Throat Specialists
11301 Fallbrook Drive, Suite 310
Houston, TX  77065; 281/890-5015

Dr. Alan Rubin, and/or his custodians of medical and billing records,
Diagnostic Neurology Clinic of Houston
11302 Fallbrook, #204
Houston, TX 77065

Dr. Howard S. Derman
Baylor Department of Neurology
6501 Fannin, #NB302
Houston, TX  77030
713/798-5971

Custodians of Medical and Billing Records for
Methodist Hospital
6565 Fannin
Houston, TX  77030

3

The following has information and knowledge of Plaintiffs employment and payroll records:

Toshiba International Corporation
13131 West Little York
Houston, TX 77041


Captain R. J. Underhill
P. O. Drawer 1030
Groves, TX 77619
409/985-9329
Captain Underhill will provide testimony regarding the standard of care regarding shipowners, ships' crews, as well as ordinary care of the Defendants.


**(B)   a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

Plaintiff has copies of the following:

Medical and billing records of :
Spohn Memorial Medical Center
Cypress Fairbanks Medical Center Hospital
Dr. Marilyn Mayer
Dr. William Morgan
Dr. Alan Rubin
Dr. Howard S. Derman
Methodist Hospital

These records are being forwarded to Defendant counsel.
Further, Plaintiff's employment and payroll records have also been requested. Copies will be forwarded to Defendant when received.


**(C)   a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and**

4

Plaintiff, Traci Leopard, has suffered the following damages:

Extreme physical pain and suffering, past and future
Mental anguish, past and future
Disfigurement, past and future
Physical impairment, past and future
Medical expenses, past
Medical expenses, future
Loss of earnings, in the past
Loss of earning capacity, in the future

Plaintiff, Traci Leopard cannot at this time place a dollar figure on such losses and damages. Will supplement.

Plaintiff, Bryan Leopard, has also suffered the following damages resulting from his wife's injuries:

Loss of household services, past and future
Loss of consortium, love, solace and affection, past and future

Plaintiff, Bryan Leopard cannot at this time place a dollar figure on such losses and damages. Will supplement.

(D) for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable to Plaintiffs.

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-838-8888 (Fax)

By: _____
JOE J. FISHER II
TBA #: 00787471

5

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Initial Disclosure was forwarded to opposing counsel via **facsimile** and U. S. Mail on this 16th day of May, 2000.

_____
JOE J. FISHER II