IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 1 8 2000

Michael N. Milby, Clerk

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § § | |
| PLAINTIFFS' | § § | |
| VS | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL DEFENDANTS' | § § § | |

### DEFENDANT'S INITIAL DISCLOSURE

TO:   The Plaintiffs and their attorney of record, Joe J. Fisher, II, Provost & Umphrey Lawfirm, L.L.P., P.O. Box 4905, Beaumont, Texas 77704.

Pursuant to the Federal Rules of Civil Procedure, Defendant hereby submits the following initial disclosure:

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

The following persons have knowledge of the incident in question, as well as the subsequent injuries and damages resulting from the incident in question:

Traci Leopard

19942 Sutton Falls Drive

Cypress, TX 77433

(281) 858-0108

Page 1 of 3

Bryan Leopard

19942 Sutton Falls Drive

Cypress, TX 77433

(281) 858-0108

And the members of the Coast Guard Rescue Team -Tony Trout, Coast Guard Diver; Coast Guard Pilot, Andy/Mike Newell. The undersigned is not connected with this incident and is not expected to call names or get complete names and address in view of the Motion to be Dismissed.

The plaintiff has named a number of medical providers, which is wholly within the knowledge of the plaintiffs and their attorney.

 **(B) a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

None.

 © a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and

Unknown by this party.

(D)     for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

Not applicable to this party.

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
1109 Santa Fe (78404)
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (361)884-8221
Facsimile No.: (361)884-8533

_____
BOB J. SPANN
TBA #: 18873000
Federal Admissions #: 2215

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record by hand delivery on this the 18th day of May, 2000.

**HAND DELIVERY**
Mr. Joe J. Fisher, II
PROVOST & UMPHREY LAW FIRM, L.L.P.
P.O. Box 4905
Beaumont, Texas 77704-4905
(409) 835-6000
(409) 838-8888 (FAX)

_____
BOB J. SPANN
TBA #: 18873000
Federal Admission #: 2215