# CIVIL COURT MINUTES

**JUDGE PRESIDING:** JANIS GRAHAM JACK

**CASE MANAGER:** Mary Beth Garza

**COURT RECORDER:** Velma Gano

**LAW CLERK:** Erik Hansen

**U.S.C.S.O.:** Ovidio Trejo

**U.S. MARSHAL:**

**INTERPRETER:**

United States District Court
Southern District of Texas
FILED

MAY 1 8 2000

MICHAEL N. MILBY
CLERK

**DATE:** May 18, 2000   **OPEN:** 2:01   **ADJOURN:** 2:29

**TAPE:** #2

**CIVIL ACTION NUMBER:** C-00-115

Traci Leopard, et al.   **COUNSEL:** Joe J. Fisher II

VS.

Dolphin Dock, Inc., et al.   **COUNSEL:** Bob J. Spann

☑ IPTC: Case called. Appearances are made. Coast Guard will be severed out. This trial will be set for June 2, 2000. Plaintiff announces that he will not be prepared to go to trial on June 2, 2000. Parties are to report tomorrow at 10:30am. Plaintiff's attorney is to bring clients with him. Investigator is to report as well.

44