United States District Court
Southern District of Texas
ENTERED

MAY 2 2 2000

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

45.

Traci Leopard, et al.         §

VS.                           §     CIVIL ACTION NO. C-00-115

Dolphin Docks, et al.         §

ORDER STRIKING PLEADING (S)

The clerk has filed your "Plaintiff's Initial Disclosures"                ;
however, it is deficient in the area (s) checked below:

1. ___ Pleading is not signed. (L.R.2.C)

2. _x_ Pleading is not in compliance with L.R.2.C.1. (a) thru (e) (No Southern District of Texas Bar Number (L.R.2.C.1.D)

3. ___ Caption of the pleading is incomplete (L.R.3.E)

4. ___ No certificate of service, or explanation why service is not required (L.R.3.G)

5. ___ No statement re conference w/opposing counsel (L.R.6.A.4)

6. ___ Separate proposed order not attached (L.R.6.A.3)

7. ___ Motion to consolidate is not in compliance with L.R.6.G

8. _x_ Other: _Original and copy not provided (L.R.3.D)_

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _5-18-00_
re: D.E. #42/dp

_____
JUDGE PRESIDING