# CIVIL COURT MINUTES

| | |
|---|---|
| **JUDGE PRESIDING:** | JANIS GRAHAM JACK |
| **CASE MANAGER:** | Mary Beth Garza |
| **COURT RECORDER:** | Velma Gano |
| **LAW CLERK:** | Erik Hansen |
| **U.S.C.S.O.:** | Ovidio Trejo |
| **U.S. MARSHAL:** | |
| **INTERPRETER:** | |

United States District Court
Southern District of Texas
FILED

MAY 19 2000

46.

MICHAEL N. MILBY
CLERK

| | | |
|---|---|---|
| **DATE:** May 19, 2000 | **OPEN:** 10:47 | **ADJOURN:** 11:22 |
| **TAPE:** #1 | | |

**CIVIL ACTION NUMBER:** C-00-115

Traci Leopard, et al.

**COUNSEL:** Joe J. Fisher II

VS.

Dolphin Dock, Inc., et al.

**COUNSEL:** Bob J. Spann

United States Coast Guard

Chuck Wendlandt

(✓) Misc. Hearing: Case called. Appearances are made. Plaintiff, Traci Leopard, sworn. Discussion of case matters. Trial set for September 5, 2000, at 8:00. Final pretrial set for September 1, 2000, at 8:30 am. Final pretrial order due Tuesday, August 22, 2000. Dispositive motions deadline is Tuesday, August 1, 2000. Discovery deadline is July 31, 2000. Expert designations deadline is June 8, 2000, for plaintiffs, and July 18, 2000, for defendants. Coast Guard is severed out, as well as Gulley's Diving Service. Scheduling order is signed. Court refers parties to mediation. Court signs general order. Court orders parties to pre-mark and exchange trial exhibits, prior to the filing of the JPTO.