United States District Court
Southern District of Texas
ENTERED
MAY 2 2 2000
Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

*47.*

Traci Leopard and Bryan Leopard

V. § Civil Action No. C-00-115

Dolphin Dock, Inc., et al.
§

## SCHEDULING ORDER

1. **JURY TRIAL IS SET FOR** ~~Monday, March 12, 2001 at 9:00 a.m.~~ *Sept 5, 2000 at 8 A.M.*, before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. If the parties prepare this case for trial sooner than this date, a final pretrial order may be prepared and filed with a joint motion stating that the case is ready for trial and that an earlier trial date is requested.

2. **FINAL PRETRIAL CONFERENCE IS SET FOR** ~~Thursday, March 8, 2001~~ *Sept 1, 2000 at 8:30* at **1:15 p.m.**, before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. The attorney-in-charge for each party is required to be present.

3. **THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN** ~~Thursday, March 1, 2001 by 3:00 p.m.~~ *Tues Aug 22, 2000 by 3p.m.*. This satisfies the requirement of FRCP 26 (a)(3). Plaintiff will be responsible for the filing of a joint pretrial order, executed by the attorney-in-charge for each party, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Plaintiff shall allow all parties at least **fifteen (15) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to

any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4. **EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS** ~~Friday, December 1, 2000~~ *Aug 1, 2000* . Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5. ~~The provisions of the~~ **JOINT DISCOVERY/CASE MANAGEMENT PLAN** ~~are hereby adopted.~~

6. **THE DEADLINE FOR JOINDER OF PARTIES IS** Thursday, June 1, 2000. **THE DEADLINE FOR AMENDMENT OF PLEADING IS** ~~Wenesday, November 1, 2000~~. This provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure. *July 31, 2000*

7. **DISCOVERY** shall end on ~~Friday, December 1, 2000~~ *July 31, 2000* . **DESIGNATION OF EXPERTS**, by ~~all parties~~ *Π's* are due ~~Monday, October 2, 2000~~ *June 8, 2000* . **RESPONSIVE** *Δ's* **EXPERTS** are due *July 18, 2000* ~~20 DAYS prior to the Discovery deadline. Responsive experts will not be limited to rebuttal testimony~~. **Written Reports** that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. <u>Daubert</u> and <u>Markman</u>) shall be requested no later than the deadline for discovery.

8. All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

United States District Clerk
521 Starr Street
Corpus Christi, TX 78401

You are requested **NOT** to use the informality of letter briefs, letters citing authorities, or letters requesting continuances or other affirmative relief. Additionally, do not copy the Court on letters between the parties.

ORDERED this ___19th___ day of ___May___, 2000.

~~H. W. HEAD, JR.~~
UNITED STATES DISTRICT JUDGE

Rev. 1/98