IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

TRACI LEOPARD, et al §
§
V. § C.A. NO. C-00-115
§
DOLPHIN DOCK, INC., et al §

## ORDER

IT IS ORDERED that no later than the original date set for the filing of the Joint Pretrial Order, all parties shall pre-mark and exchange exhibits they intend to use during the course of trial.

ORDERED this 19th day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE