IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § | |
| Plaintiffs, | § | |
| Vs. | § | C.A. No. C-00-115 |
| DOLPHIN DOCK, INC., BARRACUDA, INC., BARRACUDA INCORPORATED, DEAN K. LUKE, *individually and d/b/a* BARRACUDA INCORPORATED, DOLPHIN EXPRESS, INC., GULLEY'S DIVING SERVICE, INC. AND THE UNITED STATES COAST GUARD | § | |
| Defendants. | § | |

51.

## ORDER

After hearing the initial pretrial conference in the above-styled action, the Court ENTERS the orders set forth below.

## I. JURISDICTION

This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1333 & 1367.

## II. DISCUSSION

### A. Severance of Defendant United States Coast Guard

Rule 21 of the Federal Rules of Civil Procedure provides that "[a]ny claim against a party may be severed and proceeded with separately." Fed.R.Civ.P. 21. "Severance under Rule 21 creates two separate actions or suits where previously there was but one. Where a single claim is severed out of a suit, it proceeds as a discrete, independent action, and a court may render a final, appealable judgment in either one of the resulting two actions notwithstanding the continued existence of unresolved claims in the other." United States v. O'Neil, 709 F.2d 361, 368 (5th Cir. 1983). The Court has broad discretion to sever claims to be tried before it. Brunet v. United Gas Pipeline Co., 15 F.3d 500, 505 (5th Cir. 1994). The Court determines that severance of Plaintiffs' claims against the United States Coast Guard is appropriate and accordingly SEVERS Plaintiffs' claims against that Defendant.

The Court hereby ORDERS that Plaintiffs' severed claims against Defendant United States Coast Guard shall bear the new cause number **CA-C-00-207**. The clerk shall file a certified copy of the Plaintiffs' complaint in this new cause number.

**B. Costs of Depositions**

The Court ORDERS that the costs of any depositions taken from anyone who was a deponent in action C-99-006 shall be paid

2

by the Plaintiffs.

## C. Rule 41(d) Costs of Previously Dismissed Action

Pursuant to Fed.R.Civ.P. 41(d), the Court will entertain a motion for (1) the award of costs associated with the previously dismissed action, C-99-006, and (2) a stay of these proceedings until these costs are paid.

SIGNED and ENTERED on this the 22nd day of May, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE

3