UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| VS | * | CIVIL ACTION NO.: C-00-115 |
| DOLPHIN DOCK, INC., ET AL | * | |

United States District Court
Southern District of Texas
FILED

JUN 1 2 2000

### PLAINTIFFS' DESIGNATION OF EXPERT WITNESSES

MICHAEL N. MILBY CLERK

**TO:** Defendants, and/or its counsel of record, Bob J. Spann, Bob J. Spann & Associates, 1109 Santa Fe (784040) P. O. Box 3039, Corpus Christi, TX 78463-3039

Pursuant to the Court's Scheduling Order, Plaintiffs hereby submit the following

**Designation of Expert Witnesses:**

Captain R. J. Underhill
P. O. Drawer 1030
Groves, TX 77619
409/985-9329
Captain Underhill will provide testimony regarding the standard of care regarding shipowners, ships' crews, as well as ordinary care of the Defendants. Captain Underhill's report and C. V. are attached hereto. Further, Plaintiff also attaches a list of those cases in which Captain Underhill has consulted on, given depositions or testified at trial:

The following medical providers have information and knowledge regarding Traci Leopard's injuries, medical treatment, medical prognosis, and billing charges for medical services. Please refer to their medical records for their opinions and findings, as well as billing charges for services rendered. Please also see the depositions of Plaintiff's treating physicians for their opinions:

Custodians of Medical and Billing Records for
Spohn Memorial Hospital
2606 Hospital Boulevard
Corpus Christi, TX
512/902-4000

1

52

Dr. Roberto Seidner, and/or his custodians of medical and billing records,
E/R Physician
Spohn Memorial Medical Center
2606 Hospital Boulevard
Corpus Christi, TX
512/902-4000

Custodians of Medical and Billing Records for
Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
713/897-3114

Dr. Michelle Bricker, and/or her custodians of medical and billing records,
Anesthesiology/Pain Management
11850 FM 1960 West
Houston, TX 77065
281/517-0020

Dr. George J. Abdo, Radiologist, Dr. David M. Olifant, Radiologist, Dr. Larry Grissom, Radiologist, Dr. Charles Jenkins, Radiologist, and/or their custodians of medical and billing records,
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop
Houston, TX
713/897-3114

Dr. Robert M. Gordon (EEG), and/or his custodians of medical and billing records,
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
713/897-3114

Laurie Bollmeyer, Physical Therapist, and/or her custodians of medical and billing records,
Sports Medicine & Therapy Center at
Cypress Fairbanks Medical Center Hospital
10655 Steepletop
Houston, TX 77065
281/897-3590

Jacqueline Baron Hurbanis, and/or her custodians of medical and billing records,
Speech Language Pathologist
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
281/890-4285

Dr. Ronald Taylor, and/or his custodians of medical and billing records,
11302 Fallbrook, #305
Houston, TX 77065
281/469-3949

Dr. Marilyn Mayer, and/or her custodians of medical and billing records,
11302 Fallbrook
Houston, TX 77065
281/469-3949

Dr. Warren Morgan, and/or his custodians of medical and billing records,
Texas Ear, Nose & Throat Specialists
11301 Fallbrook Drive, Suite 310
Houston, TX 77065
281/890-6155

Dr. Alan Rubin, and/or his custodians of medical and billing records,
Diagnostic Neurology Clinic of Houston
11302 Fallbrook, #204
Houston, TX 77065
713/469-0998

Dr. Howard S. Derman, and/or his custodians of medical and billing records,
Baylor Department of Neurology
6501 Fannin, #NB302
Houston, TX 77030
713/798-5971

Dr. Herman Jenkins, and/or the custodians of medical and billing records for
Center for Balance Disorders
One Baylor Plaza
Houston, Texas 77030
713/798-6336

Custodians of medical and billing records for
Neurology Associates
6550 Fannin, Suite 1801
Houston, Texas
713/798-8378

Custodians of Medical and Billing Records for
Methodist Hospital
6565 Fannin
Houston, TX 77030
713/790-2000

3

Dr Jonathan Hulme, and/or his custodians of medical and billing records.
17215 Red Oak Drive, Suite 110
Houston, TX 77090
281/537-7784

Dr Joseph Chen, DDS, Dr. John Smith, Jr., DDS, and/or their custodians of medical and billing records.
11455 Fallbrook Drive, #302
Houston, TX 77065
281/890-1158

Anelaine Morgan, LMSW-ACP, LPC, and/or her custodians of medical and billing records,
Planned Behavioral Health Care, Inc.
15840 FM 529, Suite 212
Houston, TX 77095
281/855-2171

Dr. Louis McDonald, DDS, and/or his custodians of medical and billing records,
15757A FM 529 @ Hwy. 6 North
Houston, TX 77095
281/550-9054

Dr. Richard Palmer, Jr., and/or his custodians of medical and billing records,
12345 Jones Road, Suite 101
Houston, TX 77070
281/469-2181

Defendant counsel has already been furnished with copies of the following medical and billing records received to date:

- Medical and billing records of Cypress Fairbanks Medical Center Hospital
- Medical and billing records of Methodist Hospital
- Medical and billing records of Dr. Howard Derman
- Medical and billing records of Dr. Marilyn Mayer
- Medical and billing records of Dr. Alan Rubin
- Medical and billing records of Dr. Warren Morgan
- Medical and billing records of Spohn Memorial Hospital

Plaintiffs will supplement to Defendant, copies of all additional medical and billing records as received

4

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P
P O Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-838-8888 (Fax)

By. _____
JOE J. FISHER II
TBA #: 00787471
SOUTHERN DISTRICT BAR
NO. _____

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Designation of Expert Witnesses was forwarded to opposing counsel via facsimile on this 8TH day of June, 2000.

_____
JOE J. FISHER II

5