```
                                              United States District Court
                                               Southern District of Texas
                                                       ENTERED
                                                    JUN 1 6 2000
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF TEXAS            Michael N. Milby, Clerk of Court
        CORPUS CHRISTI DIVISION
```

Traci Leopard, et al.          §           53.

VS.                            §    CIVIL ACTION NO. C-00-115

Dolphin Dock, Inc., et al.     §

## ORDER STRIKING PLEADING (S)

The clerk has filed your "Plaintiff's Designation of Expert Witnesses"         ; however, it is deficient in the area (s) checked below:

1.  _x_ Pleading is not signed. (LR11.3) (Original signature not provided)

2.  _x_ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of Texas Bar Number LR11.3.A (4)

3.  ___ Caption of the pleading is incomplete (LR10.1)

4.  ___ No certificate of service, or explanation why service is not required (LR5.4)

5.  ___ No statement re conference w/opposing counsel (LR7.1.D)

6.  ___ Separate proposed order not attached (LR7.1.C)

7.  ___ Motion to consolidate is not in compliance with LR7.6

8.  ___ Other: _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: __6-14-00__

re: D.E. #52/dp

_____
JUDGE PRESIDING