United States District Court
Southern District of Texas
FILED

JUN 19 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| VS. | * | CIVIL ACTION NO.: C-00-115 |
| DOLPHIN DOCK, INC., ET AL | * | |

### PLAINTIFFS' INITIAL DISCLOSURE

To:   Defendant(s), and/or their attorney of record, Bob J. Spann, Bob J. Spann & Associates, P. O. Box 3039, Corpus Christi, TX 78463

Pursuant to the Federal Rules of Civil Procedure, Plaintiffs hereby submit the following Initial Disclosure:

**(A)   The name and, if known, the address and telephone number of each individual likely to have discoverable information relevant to disputed facts alleged with particularity in the pleadings, identifying the subjects of the information.**

The following persons have knowledge of the incident in question, as well as the subsequent injuries and damages resulting from the incident in question:

Traci Leopard
19942 Sutton Falls Drive
Cypress, TX 77433
281/858-0108

Bryan Leopard
19942 Sutton Falls Drive
Cypress, TX 77433
281/858-0108

The following persons may have knowledge regarding the incident in question, and/or information regarding the vessel in question, as well as the vessel's captain and crew members. These persons also have knowledge of the owners, ownership and shareholders of the Defendant companies sued herein:

Dean Luke
310 Reynolds
Taft, Texas

1

54.

Paul Dirk
808 Sea Breeze
Port Aransas, TX 78373

Gary Bridges
Ingleside, TX
361/776-2476

Phil Hogan
(address and telephone number unknown at this time.)

Charles Zahn
300 W. Cotter
Port Aransas, Texas 78373

The following persons also have knowledge of the incident in question:

The owner, operator, manager, and employees of the vessel, THE DOLPHIN EXPRESS as of the date of the incident in question.

The owner, operator, manager, employees and/or agents of Dolphin Dock, Inc., Barracuda, Inc., Dolphin Express, Inc., Gulley's Diving Service, Inc. on the date of the incident in question.

Members of the Coast Guard Rescue Team- Tony Trout, Coast Guard diver; Coast Guard Pilot, Andy/Mike Newell; complete names and addresses to be furnished when additional information received.

The following medical providers have information and knowledge regarding Traci Leopard's injuries, medical treatment, medical prognosis, and billing charges for medical services. Please refer to their medical records for their opinions and findings, as well as billing charges for services rendered. Please also see the depositions of Plaintiff's treating physicians for their opinions:

Custodians of Medical and Billing Records for
Spohn Memorial Hospital
2606 Hospital Boulevard
Corpus Christi, TX
512/902-4000
Dr. Roberto Seidner, and/or his custodians of medical and billing records,
E/R Physician
Spohn Memorial Medical Center
2606 Hospital Boulevard

2

Corpus Christi, TX
512/902-4000

Custodians of Medical and Billing Records for
Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
713/897-3114

Dr. Michelle Bricker, and/or her custodians of medical and billing records,
Anesthesiology/Pain Management
11850 FM 1960 West
Houston, TX 77065
281/517-0020

Dr. George J. Abdo, Radiologist, Dr. David M. Olifant, Radiologist, Dr. Larry Grissom, Radiologist, Dr. Charles Jenkins, Radiologist, and/or their custodians of medical and billing records,
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop
Houston, TX
713/897-3114

Dr. Robert M. Gordon (EEG), and/or his custodians of medical and billing records,
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
713/897-3114

Laurie Bollmeyer, Physical Therapist, and/or her custodians of medical and billing records,
Sports Medicine & Therapy Center at
Cypress Fairbanks Medical Center Hospital
10655 Steepletop
Houston, TX 77065
281/897-3590

Jacqueline Baron Hurbanis, and/or her custodians of medical and billing records,
Speech Language Pathologist
C/o Cypress Fairbanks Medical Center Hospital
10655 Steepletop Drive
Houston, TX 77065
281/890-4285

Dr. Ronald Taylor, and/or his custodians of medical and billing records,
11302 Fallbrook, #305
Houston, TX 77065

3

281/469-3949

Dr. Marilyn Mayer, and/or her custodians of medical and billing records,
11302 Fallbrook
Houston, TX 77065
281/469-3949

Dr. Warren Morgan, and/or his custodians of medical and billing records,
Texas Ear, Nose & Throat Specialists
11301 Fallbrook Drive, Suite 310
Houston, TX 77065
281/890-6155

Dr. Alan Rubin, and/or his custodians of medical and billing records,
Diagnostic Neurology Clinic of Houston
11302 Fallbrook, #204
Houston, TX 77065
713/469-0998

Dr. Howard S. Derman, and/or his custodians of medical and billing records,
Baylor Department of Neurology
6501 Fannin, #NB302
Houston, TX 77030
713/798-5971

Dr. Herman Jenkins, and/or the custodians of medical and billing records for
Center for Balance Disorders
One Baylor Plaza
Houston, Texas 77030
713/798-6336

Custodians of medical and billing records for
Neurology Associates
6550 Fannin, Suite 1801
Houston, Texas
713/798-8378

Custodians of Medical and Billing Records for
Methodist Hospital
6565 Fannin
Houston, TX 77030
713/790-2000

Dr. Jonathan Hulme, and/or his custodians of medical and billing records,
17215 Red Oak Drive, Suite 110
Houston, TX 77090

281/537-7784

Dr. Joseph Chen, DDS, Dr. John Smith, Jr., DDS, and/or their custodians of medical and billing records,
11455 Fallbrook Drive, #302
Houston, TX 77065
281/890-1158

Anelaine Morgan, LMSW-ACP, LPC, and/or her custodians of medical and billing records,
Planned Behavioral Health Care, Inc.
15840 FM 529, Suite 212
Houston, TX 77095
281/855-2171

Dr. Louis McDonald, DDS, and/or his custodians of medical and billing records,
15757A FM 529 @ Hwy. 6 North
Houston, TX 77095
281/550-9054

Dr. Richard Palmer, Jr., and/or his custodians of medical and billing records,
12345 Jones Road, Suite 101
Houston, TX 77070
281/469-2181

Dr. Sarah Pollack, and/or her custodians of medical and billing records,
1020 Holcombe Boulevard
Houston, Texas 77030
713/795-4580


Toshiba International Corporation
13131 West Little York
Houston, TX 77041
Traci Leopard's employer who has information and knowledge of Plaintiff's employment and payroll records.


Captain R. J. Underhill
P. O. Drawer 1030
Groves, TX 77619
409/985-9329
Captain Underhill will provide testimony regarding the standard of care regarding shipowners, ships' crews, as well as ordinary care of the Defendants. Plaintiffs' counsel has already provided Defendant counsel with a copy of Captain Underhill's report and C. V. Further, Plaintiffs have also provided Defendant with a list of those cases in which Captain Underhill has consulted on,

5

given depositions or testified at trial.

**(B)    a copy of, or a description by category and location of, all documents, data compilations, and tangible things in the possession, custody, or control of the party that are relevant to disputed facts alleged with particularity in the pleadings;**

Defendant counsel has been furnished with copies of the following medical and billing records regarding Traci Leopard:

Spohn Memorial Medical Center
Cypress Fairbanks Medical Center Hospital
Dr. Marilyn Mayer
Dr. William Morgan
Dr. Alan Rubin
Dr. Howard S. Derman
Methodist Hospital

Plaintiffs have requested additional medical and billing records via Deposition Upon Written Question which Defendant counsel has received notice of. Further, Plaintiff's employment and payroll records are being requested via Deposition Upon Written Question.

Further, Plaintiffs' counsel has already provided Defendant counsel with a copy of Captain Underhill's report and C. V. Plaintiffs have also provided Defendant with a list of those cases in which Captain Underhill has consulted on, given depositions or testified at trial.

**(C)    a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered; and**

Plaintiff, Traci Leopard, has suffered the following damages:

Extreme physical pain and suffering, past and future
Mental anguish, past and future
Disfigurement, past and future
Physical impairment, past and future
Medical expenses, past
Medical expenses, future
Loss of earnings, in the past
Loss of earning capacity, in the future

Plaintiff, Traci Leopard cannot at this time place a dollar figure on such losses and damages. Plaintiff's counsel is awaiting receipt of all of Plaintiff's past medical expenses. Will supplement.

Plaintiff, Bryan Leopard, has also suffered the following damages resulting from his wife's injuries:

Loss of household services, past and future
Loss of consortium, love, solace and affection, past and future

Plaintiff, Bryan Leopard cannot at this time place a dollar figure on such losses and damages. Will supplement.

**(D)** **for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable to Plaintiffs.

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-838-8888 (Fax)

By: _____
JOE J. FISHER II
TBA #: 00787471
Southern District Admission No.:25333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of Plaintiffs' Initial Disclosure was forwarded to opposing counsel via Certified U. S. Mail on this 15th day of June, 2000.

_____
JOE J. FISHER II

7