United States District Court
Southern District of Texas
FILED

JUL 1 8 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § § | |
| PLAINTIFFS | § § | |
| VS | § § | C.A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL | § § | |
| DEFENDANT | § | |

## DEFENDANTS' DESIGNATION OF EXPERT WITNESSES & PERSONS WITH RELEVANT KNOWLEDGE

TO:   Plaintiffs', Traci Leopard and Bryan Leopard, by and through their counsel of record, Mr. Joe J. Fisher, II, Attorney At Law, PROVOST & UMPHREY LAW FIRM, L.L.P., P.O. Box 4905, Beaumont, TX. 77704-4905.

Pursuant to the Court's Scheduling Order, Defendants', Dolphin Dock, Inc.,; Barracuda, Inc.,; Barracuda Incorporated,; Dean K. Luke, Individually and d/b/a Barracuda Incorporated,; Dolphin Express, Inc.,; and Gulley's Diving Service, Inc. hereby submit the following Designation of Expert Witness & Persons with Relevant Knowledge:

DOLPHIN DOCK, INC.
And all of its employees, agents and representatives
and its Custodian of all Records
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Defendant
Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

BARRACUDA, INC.
And all of its employees, representatives and agents
and it Custodian of all Records
300 W. Cotter

Page 1 of 12

Port Aransas, Texas 78373
(800)393-3474
Defendant
Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

BARRACUDA INCORPORATED
And all of its employees, agents and representatives
and its Custodian of all Records
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Defendant
Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

Dean K. Luke, Individually
& d/b/a BARRACUDA INCORPORATED
And all of its employees, agents and representatives
and its Custodian of all Records
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Defendant
Expert Witness and Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

DOLPHIN EXPRESS, INC.
And all of its employees, agents and representatives
and its Custodian of all Records
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Defendant
Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

GULLEY'S DIVING SERVICE, INC.
And all of its employees, agents and representatives
and its Custodian of all Records
300 W. Cotter

Port Aransas, Texas 78373
(800)393-3474
Defendant - Fact Witness

Mike Newall, Air Commander Pilot
Daryl Creacy, Co-Pilot
Ben Galvan, Flight Mechanic and Hoist
Anthony Trout, Rescue Swimmer
UNITED STATES COAST GUARD
And all of its employees, agents and representatives
and all parties and/or individuals that participated and/or have knowledge involving the incident made the subject matter of said lawsuit.
and its Custodian of all Records
910 Travis Street, Suite 1500
Houston, Texas
10th Street & Constitution Ave.
N.W., Washington, D.C.
Telephone Number Unknown
Expert Witness
Knowledge of weather conditions, procedures, and surroundings that occurred regarding such lawsuit.

UNITED STATES COAST GUARD
And all of its employees, agents and representatives
and all parties and/or individuals that participated and/or have knowledge involving the incident made the subject matter of said lawsuit.
and its Custodian of all Records
910 Travis Street, Suite 1500
Houston, Texas
10th Street & Constitution Ave.
N.W., Washington, D.C.
Telephone Numer Unknown
Fact Witness
Knowledge of weather conditions, procedures, and surroundings that occurred regarding such lawsuit.

Douglas B. Cameron,
Area Manager
SABINE SURVEYORS, INC.
Marine Surveyors & Consultants
3649 Leopard, Suite 407
Corpus Christi, Texas 78408
(361)879-0828
Expert Witness
Will provide testimony of his expertise along with weather conditions, procedures and

surroundings that occurred regarding such lawsuit. Mr. Cameron is also a retired lieutenant commander of the United States Coast Guard.

Paul Dirk
808 Sea Breeze
Port Aransas, Texas 78373
(361)774-3556
Expert Witness and Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit. Knowledge of weather conditions and will provide testimony that it was safe for the charter to commence forward with the fishing trip.

Dean K. Luke
300 W. Cotter
Port Aransas, Texas 78373
310 Reynolds
Taft, Texas
(800)393-3474
Expert Witness and Fact Witness
Knowledge of weather conditions and will provide testimony that it was safe for the charter to commence forward with the fishing trip.
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit.

Charles W. Zahn, Jr.
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Fact Witness

Traci Leopard
19942 Sutton Falls Drive
Cypress, Texas 77433
(281)858-0108
Plaintiff
Fact Witness
Knowledge of surroundings involving the incident made the basis of such lawsuit.

Bryan Leopard
19942 Sutton Falls Drive
Cypress, Texas 77433
(281)858-0108
Plaintiff
Fact Witness
Knowledge of surroundings involving the incident made the basis of such lawsuit.

Page 4 of 12

Bob J. Spann,
BOB J. SPANN & ASSOCIATES
1109 Santa Fe
Corpus Christi, Texas 78404
(361)884-8221
Counsel for Defendants' Dean K. Luke, Individually and d/b/a Barracuda Incorporated,;
Dolphin Express, Inc.,; and Gulley's Diving Service, Inc.
Expert Witness
Attorney Fees

Joe J. Fisher, II,
PROVOST UMPHREY LAW FIRM, L.L.P.
490 Park Street
Beaumont, Texas 77704
(409)835-6000
Counsel for Plaintiffs' Traci Leopard and Bryan Leopard
Expert Witness
Attorney Fees

Gary Bridges, Captain
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Ingleside, Texas
(361)776-2476
Expert Witness and Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit. Knowledge of weather conditions and will provide testimony that it was safe for the charter to commence forward with the fishing trip.

Phil Hogan, Captain
731 S. Houston
Aransas Pass, Texas 78336
(361)758-4771
Expert Witness and Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and surroundings concerning such lawsuit. Knowledge of weather conditions and will provide testimony that it was safe for the charter to commence forward with the fishing trip.

Tim Oestrich, Captain
300 W. Cotter
Port Aransas, Texas 78373
(800)393-3474
Expert Witness and Fact Witness
Knowledge of weather conditions, procedures, warnings, operations and other issues and

surroundings concerning such lawsuit. Knowledge of weather conditions and will provide testimony that it was safe for the charter to commence forward with the fishing trip.

NATIONAL WEATHER BUREAU AND/OR NATIONAL WEATHER SERVICE
and all of its employees, representatives and agents
and its Custodian of all Records
Need Physical Address
Need Telephone Number
Expert Witness
Knowledge of weather conditions for the day involving the incident made the basis of such lawsuit.

Captain R. J. Underhill
P.O. Drawer 1030
Groves, Texas 77619
(409)985-9329
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Captain Underhill will provide testimony regarding the standard of care regarding shipowners, ships' crew, as well as ordinary care of the Defendants'.

SPOHN MEMORIAL HOSPITAL
and all of its employees, agents, representatives and physicians
and its Custodian of all Records
2606 Hospital Blvd.
Corpus Christi, Texas
(361)902-4000
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Roberto Seidner, M.D.
Emergency Room Physician
SPOHN MEMORIAL HOSPITAL
and its employees, agents, representatives and physicians
and his and/or its Custodian of all Records
2606 Hospital Blvd.
Corpus Christi, Texas
(361)902-4000
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

CYPRESS FAIRBANKS MEDICAL CENTER HOSPITAL
and its employees, agents, representatives and physicians
and its Custodian of all Records
10655 Steepletop Drive
Houston, Texas 77065
(713)897-3114
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Michelle Bricker, M.D.,
Anesthesiology and/or Pain Management
and her Custodian of all Records
11850 FM 1960 West
Houston, Texas 77065
(281)517-0020
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. George J. Abdo, Radiologist
Dr. David M. Olifant, Radiologist
Dr. Larry Grissom, Radiologist
Dr. Charles Jenkins, Radiologist
CYPRESS FAIRBANKS MEDICAL CENTER HOSPITAL
and its employees, agents, representatives and physicians
and their\its Custodian of all Records
10655 Steepletop
Houston, Texas 77065
(713)897-3114
Expert Witness
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Robert M. Gordon, EEG
CYPRESS FAIRBANKS MEDICAL CENTER HOSPITAL
and its employees, agents, representatives and physicians
and his\its Custodian of all Records
10655 Steepletop
Houston, Texas 77065
(713)897-3114
Expert Witness

Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Laurie Bollmeyer,
Physical Therapist
SPORTS MEDICINE & THERAPY CENTER
CYPRESS FAIRBANKS MEDICAL CENTER HOSPITAL
and its employees, agents, representatives and physicians
and her/its Custodian of all Records
10655 Steepletop
Houston, Texas 77065
(281)897-3590
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Jacqueline Baron Hurbanis,
Speech Language Pathologist
CYPRESS FAIRBANKS MEDICAL CENTER HOSPITAL
and its employees, agents, representatives and physicians
and her/its Custodian of all Records
10655 Steepletop
Houston, Texas 77065
(281)897-3590
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Ronald Taylor
and his employees, agents, representatives and physicians
and his Custodian of all Records
11302 Fallbrook, # 305
Houston, Texas 77065
(281)469-3949
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Marilyn Mayer
and her employees, agents, representatives and physicians
and her Custodian of all Records
11302 Fallbrook
Houston, Texas 77065
(281)469-3949

Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Warren Morgan
TEXAS EAR, NOSE & THROAT SPECIALISTS
and its employees, agents, representatives and physicians
and his/its Custodian of all Records
11301 Fallbrook Drive, Suite 310
Houston, Texas 77065
(281)890-6155
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit

Dr. Alan Rubin
DIAGNOSTIC NEUROLOGY CLINIC OF HOUSTON
and its employees, agents, representatives and physicians
and his/its Custodian of all Records
11302 Fallbrook, #204
Houston, Texas 77065
(713)469-0998
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Howard S. Derman
BAYLOR DEPARTMENT OF NEUROLOGY
and its employees, agents, representatives and physicians
and his/its Custodian of all Records
6501 Fannion, #NB302
Houston, Texas 77030
(713)798-5971
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

NEUROLOGY ASSOCIATES
and its employees, agents, representatives and physicians
and its Custodian of all Records
6550 Fannin, Suite 1801
Houston, Texas
(713)798-8378
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses

incurred involving the alleged injuries made the basis of such lawsuit.

METHODIST HOSPITAL
and its employees, agents, representatives and physicians
and its Custodian of all Records
6565 Fannin
Houston, Texas 77030
(713)790-2000
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Jonathan Hulme
and his employees, agents, representatives and physicians
and his Custodian of all Records
17215 Red Oak Drive, Suite 110
Houston, Texas 77090
(281)537-7784
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Joseph Chen, DDS,
Dr. John Smith, Jr., D.D.S
and their employees, agents, representatives and dentists
and their Custodian of all Records
11455 Fallbrook Drive, #302
Houston, Texas 77065
(281)890-1158
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Anelanie Morgan, LMSW-ACP, LPC
PLANNED BEHAVIORAL HEALTH CARE, INC.
and their employees, agents, representatives
and her/its Custodian of all Records
15840 FM 529, Suite 212
Houston, Texas 77095
(281)855-2171
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Page 10 of 12

Dr. Louis McDonald, D.D.S.
And his employees, agents and representatives
and his Custodian of all Records
15757A FM 529 Hwy. 6 North
Houston, Texas 77095
(281)550-9054
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Dr. Richard Palmer, Jr.
And his employees, agents, representatives and physicians
and his Custodian of all Records
12345 Jones Road, Suite 101
Houston, Texas 77070
(281)469-2181
Designated by Plaintiffs' Traci Leopard and Bryan Leopard
Knowledge of medical treatment, alleged injuries, medical prognosis and medical expenses incurred involving the alleged injuries made the basis of such lawsuit.

Gary Gunnells
1206 Lodema Lane
Duncanville, Texas
(972)283-8814
Fact Witness
Paying customer aboard the charter the day the incident occurred for such lawsuit. Will provide testimony in all the events that he observed took place at the time of the occurrence.

Defendants' state that reports will be forthcoming for all experts identified by Defendants in this pleading.

Defendants' reserves the right to call any and all experts which have been or will be called to testify by Plaintiffs' at the time of trial.

Notice is given that Defendants' may call as a witness at trial any and all persons who have been deposed in this case and to offer at trial any and all deposition testimony taken in this case, regardless of whether such deposition testimony may constitute knowledge of facts or expert testimony. To the extent necessary to accomplish this

Page 11 of 12

ClibPDF - www.fastio.com

purpose, Defendants' therefore designates as expert witnesses, all persons whose deposition testimony has been taken in this cause, even though Defendants' do not adopt or approve of the testimony of all such witnesses.

Notice is given that Defendants' may call at trial all witnesses designated by the Plaintiffs' or any other party who may be joined in this action as either experts or as persons who have knowledge of relevant facts.

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (361)884-8221
Facsimile No.: (361)884-8533

Bob J. Spann
TBA 18873000
Federal Admissions # - 2215
Attorney For Defendants'

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record by facsimile and certified mail return receipt requested on this the ___ day of July, 2000.

**CMRRR NO.: Z208462125**
Mr. Joe J. Fisher, II
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Texas 77704-4905
Telephone No.: (409) 835-6000
Facsimile No.: (409) 838-8888

By: _____
Bob J. Spann
TBA No. 18873000
Federal Admissions # - 2215

purpose, Defendants' therefore designates as expert witnesses, all persons whose deposition testimony has been taken in this cause, even though Defendants' do not adopt or approve of the testimony of all such witnesses.

Notice is given that Defendants' may call at trial all witnesses designated by the Plaintiffs' or any other party who may be joined in this action as either experts or as persons who have knowledge of relevant facts.

Respectfully submitted,

**BOB J. SPANN & ASSOCIATES**
P.O. Box 3039
Corpus Christi, Tx. 78463-3039
Telephone No.: (361)884-8221
Facsimile No.: (361)884-8533

Bob J. Spann
TBA 18873000
Federal Admissions # - 2215
Attorney For Defendants'

## CERTIFICATE OF SERVICE

I, **BOB J. SPANN**, do hereby certify that a true and correct copy of the above and foregoing instrument has been served upon all counsel of record by facsimile and certified mail return receipt requested on this the ___ day of July, 2000.

**CMRRR NO.: Z208462125**
Mr. Joe J. Fisher, II
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Texas 77704-4905
Telephone No.: (409) 835-6000
Facsimile No.: (409) 838-8888

By: _____
Bob J. Spann
TBA No. 18873000
Federal Admissions # - 2215