# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| Traci Leopard & Bryan Leopard | **NOTICE** |
| V. | **RESETTING** |
| Dolphin Dock, Inc., et al | CASE NUMBER: C-00-115 |

| TYPE OF CASE: | _X_ CIVIL | ___ CRIMINAL |
|---|---|---|

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

### JUDGE JANIS GRAHAM JACK

**United States Courthouse**
**3rd Floor Courtroom**
**521 Starr Street**
**Corpus Christi, Texas  78401**

On    See Below Dates & Times              at                    a.m. / p.m.

## PURPOSE OF PROCEEDING:

_X_ Final Pretrial Conference: Sept. 5, 2000 @ 8:30 a.m.        ___ Motion Hearing
    Note: Client(s) are not required to appear

_X_ Jury Selection and Trial: Sept. 6, 2000 @ 8:00 a.m.          ___ Show Cause Hearing

___ Re-Arraignment                                                ___ Sentencing

_X_ Other Joint Pretrial Order Due Date: August 21, 2000          ___ Revocation Hearing

---

Michael N. Milby, Clerk

By Deputy:  Myra Orta Alfano                                     Date: August 7, 2000

cc:  Joseph J. Fisher, II
     Bob J. Spann