# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 14 2000

MICHAEL N. MILBY, CLERK

Traci Leopard & Bryan Leopard

V.

Dolphin Dock, Inc., et al.

**NOTICE**

**RESETTING**

CASE NUMBER: C-00-115

TYPE OF CASE:   **X** CIVIL   ___ CRIMINAL

## YOU ARE HEREBY DIRECTED TO APPEAR BEFORE:

JUDGE JANIS GRAHAM JACK

United States Courthouse
3rd Floor Courtroom
521 Starr Street
Corpus Christi, Texas 78401

On   See Below Dates & Times   at   a.m./p.m.

## PURPOSE OF PROCEEDING:

**X**  Final Pretrial Conference: Sept. 1, 2000 @ 8:00 a.m.          ___ Motion Hearing
     Note: Client(s) are not required to appear

**X**  Jury Selection and Trial: Sept. 5, 2000 @ 8:00 a.m.            ___ Show Cause Hearing

___  Re-Arraignment                                                   ___ Sentencing

**X**  Other: Joint Pretrial Order Due Date: August 21, 2000          ___ Revocation Hearing

Michael N. Milby, Clerk

By Deputy:  Mary Beth Garza                                August 14, 2000

cc: Joseph J. Fisher, II
    Bob J. Spann