IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Co
Southern District of Ta
FILED

**AUG 2 1 2000**

MICHAEL N. MILO

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § | |
| PLAINTIFFS | § | |
| | § | |
| VS | § | C.A. NO. C-00-115 |
| | § | |
| DOLPHIN DOCK, INC., ET AL | § | |
| DEFENDANT | § | |

## DEFENDANTS' OBJECTION TO THE OPINION
## AND TESTIMONY OF CAPTAIN R. J. UNDERHILL

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now come the defendants and object to the report and the opinion and testimony of R.J. Underhill on the following grounds:

1.      The report purports to give opinions as to the negligence of the captain of the MV Dolphin Express without a proper showing of the following:

    a.      The competence and experience of the witness Underhill. The CV merely demonstrates that he has testified and consulted on similar matters.

2.      What expertise does he have to determine the condition of persons aboard the vessel and where in the port? How does he access the condition of Mrs. Leopard? What methodology did he use? He demonstrates no medical expertise. How can he conclude that Mrs. Leopard should turn back when she requested this? Is every person on a fishing boat entitled to turn all of the rest of the trip back because they got sea sick or wanted to go back? What expertise does he have to say that someone should have attended the

airlift of Mrs. Leopard? Who is control of a ship when the Coast Guard comes aboard? What competence or expertise does he have to determine that tether lines should be used when the Coast Guard is aboard a vessel rescuing someone? Isn't the Coast Guard the one that determines that?

3. You Honor, this witness doesn't show any more reliability in arriving at conclusions or how he was going to do it than an ordinary person on the street.

4. We respectfully submit he does not by the report or the CV demonstrate he is qualified as an expert in a case like this. Here is a fishing vessel, about 30 of them went out that same day fishing and returned with no sea sickness and no trouble and yet this man is posed as an expert on running fishing boats, determining whether one passenger on a boat is sick enough to cause the whole boat to return. Demonstrates no ability as a doctor or first aid person. Demonstrates no methodology as to any of the opinions he offers.

5. The burden is on the person offering the expert to establish that the opinion was going to be useful to a jury or to the court. We respectfully submit that this report and this CV does not demonstrate that, nor does the report. The defendants move that this witness's opinions, views and report be excluded from evidence because it generally doesn't comply with *Frye v. United States*, 293, F. 1013. As in *Kumho Tire Company, LTD v. Carmichael,* 526 U.S. 137 (1999) this expert has no methodology to establish that he's right or wrong in his conclusions. There's no attempt by the plaintiffs to establish an expert's reliability in being correct as in *E.I. Dupont de Nemours & Co. v. Robinson*, 923 Sd. 549, it appears to be very presumptuous on this expert's part when you had a whole

boatload of people who weren't sick enough to want to go home and you had some 30

boat captains out on the water fishing that day, none of whom had to come in from the

fishing trip.

6.    The defendants move that the witness be disqualified in all respects.

Respectfully Submitted,

_____

**BOB J. SPANN & ASSOCIATES**
State Bar No. 18873000
Federal Admissions #: 2215
1109 Santa Fe (78404)
P.O. Box 3039
Corpus Christi, TX 78463
Telephone No. (361)884-8221
Facsimile No. (361)884-8533

Page 3 of 4

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument has been served upon counsel for all parties via facsimile and overnight mail on this the 17th day of August, 2000.

BOB J. SPANN
State Bar No.:18873000
Federal Admissions #: 2215
**COUNSEL FOR DEFENDANTS**

**VIA FACSIMILE AND OVERNIGHT MAIL**
Mr. Joe Fisher, II,
Attorney At Law
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-888

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § § | |
| PLAINTIFFS | § | |
| | § | |
| VS | § | C.A. NO. C-00-115 |
| | § | |
| DOLPHIN DOCK, INC., ET AL | § | |
| DEFENDANT | § | |

## **PROPOSED ORDER**

On this day came on to be heard Defendants' Objection to the Opinion and

Testimony of Captain R.J. Underhill and it is hereby granted.

_____
**PRESIDING JUDGE**

AUG-03-2000   14:55                                                                                            P.22



# Captain R. J. Underhill & Associates, Inc

*Surveyors, P. & I. Investigators & Consultants*
*Since 1953*
## Licensed All Line Insurance Adjusters
1335 Proctor St., Port Arthur, Texas
Mailing Address:
P. O. Drawer 1030, Groves, Texas 77619

Telephone: (409) 985-9329
Night (409) 982-3481, 982-0898, 722-8754
Fax: (409) 985-3320
e-mail: underdog@ih2000.net

Members and Associates of: N.A.M.S., S.N.A.M.E.,
M.S.A.T., P.C. of U.S., I.C.G.S., U.S.N.I., C.A.M.M.,
A.S.Mar.E., A.P.I., THE ROYAL INSTITUTE OF
NAVIGATION & THE NAUTICAL INSTITUTE.

June 6, 2000

Provost * Umphrey
ATTN: Joe Fisher, II
490 Park St.
Beaumont, Texas   77704

RE:   Traci Leopard and Bryan Leopard vs Dolphin
Dock and Dolphin Dock Charters
OUR FILE #: 99-1316-A

Dear Mr. Fisher:

As you requested I have reviewed the following information:

✦ Deposition of:  Paul Dirk
✦ Deposition of:  Dean Keith Luke
✦ Deposition of:  Garry Bridges
✦ United States Coast Guard time line of communication and Emergency Medical Treatment Report
✦ Weather reports from the National Oceanic and Atmospheric Administration.

I have also pulled the vessel's particulars from the Internet and reviewed them. The vessel is a 56.3' fiberglass vessel bearing official number 587429 and documented as a passenger vessel. She was built in 1977 at Panama City, FL by A-1 Marine, Inc. As of March 31, 2000 the registered owner is Dolphin Express, Inc. 300 W Cotter, Port Aransas, Texas 78373. The vessel is used as a charter fishing vessel in the Gulf of Mexico. After review of the oral depositions it appears that the vessel was under lease to Barracuda, Inc. and maned by employees of Barracuda, Inc. The vessel is moored at Dolphin Dock, Inc. in Port Aransas, Texas which is shared by Barracuda, Inc. By the admission of Paul Dirk, the owner of Dolphin Dock,  Inc., he pulls the weather reports, every morning, from the Internet and leaves them on the counter at the dock for everyone to see. The Captain of the Dolphin Express should have seen the report for the morning of the accident. The weather report shows a small craft advisory in effect for Texas coastal waters from the Rio Grande to Freeport and out 50 nautical miles. These reports are from the buoys located in the Gulf of Mexico and monitored by the National Weather Service. These warnings had been in effect since Friday March 27, 1998 through

CSUPDF - www.fineto.com

Saturday March 28, 1998. The winds were reported to be in a range from 15 - 20 Knots and gusty. This range on the Beaufort wind scale makes the wind a force 5 wind and wave heights are 2.0 -2.5 meters (6.5' - 8.125').

According to Mrs. Leopard she asked one of the deckhands to ask the Captain if he could turn around and bring the vessel back to the dock. The deckhand asked the Captain and reported back to Mrs. Leopard that the Captain would not return to the dock. The Captain made no attempt to see Mrs. Leopard and access the situation or determine, on his own, if he should turn back. The vessel was approximately 25 miles ESE of Port Aransas. This would have only been a two and a half or three hour run back to the dock. The situation escalated and Mrs. Leopard started to have convulsions. At this time it appears that the Captain called the United States Coast Guard and had them attempt a airlift. He had still made no attempt to turn around and head in to the dock. The United States Coast Guard put a diver/EMT onboard the vessel and he accessed Mr. Leopard and made her ready for evacuation from the vessel. The EMT put Mrs. Leopard in the basket and the helicopter started the lift. While the basket was being lifted to the helicopter Mrs. Leopard became entangled in the overhang of the wheelhouse. It is obvious that the Captain on the vessel did not have someone manning a tether line to insure that the basket did not become entangled on the vessel. The Captain did not have anyone in position to help with the lift or guide her until she was clear of the vessel and its antennas.

In conclusion it is my opinion that the Captain of the M/V Dolphin Express was negligent in his actions because:

- He failed to determine, prior to the trip, the condition of the persons onboard the vessel.
- He failed to access the condition of Mrs. Leopard personally
- He failed to turn back when Mrs. Leopard requested that the vessel turn back
- He failed to have someone attend the airlift of Mrs. Leopard
- He failed to have tether lines on the basket to prevent entanglement

I reserve the right to change my opinions if other information is brought to light.

Sincerely,

CAPT. R.J. UNDERHILL & ASSOCIATES, INC.

Capt. R. J. Underhill

Legal Cases in which Herrin 3 . . . . . . .                    . . . . . . . . . . . . . . . . . . . . . . . .
trial.

| Date Assigned | Activity | . . . . |
|---|---|---|
| 1-11-96 | Consultation | David Keith Koonce vs. Enron Corp. & John E. Graham & Sons (M/V "SEAN G) District Court of Jefferson County, TX 58th Judicial District |
| 1-16-96 | Consultation | Jose Reyna vs. Chevron U.S.A., Inc. Texas Drydock, Inc. & TDI Offshore, Inc. District Court of Jefferson County, TX 60th Judicial District |
| 2-14-96 | Consultation | David Cawthern vs. Sun Transport Inc., et al. Vessel: S.S. Tropic Sun U.S. District Court for Eastern District of Pennsylvania |
| 4-20-96 | Deposition Consultation Testified | F/T "AUBREY" vs. M/V "ADMIRAL" United District Court for Eastern District of TX, Beaumont District |
| 5-7-96 | Consultation | James Cooper vs. Gulf Crews Inc., et al Southern District of TX, Galveston Division or 60th Judicial |
| 7-10-96 | Consultation | Patrick R. Domingue vs. Boat Service of Galveston, Inc. 122nd Judicial District Court, Galveston, TX |
| 7-15-96 | Depositon Consultation | Jerry Courts vs. Noble Drilling Harris County, TX, 113th Judicial District |
| 7-30-96 | Consultation | Rusty Sherrill vs. Hornbeck Offshore Operators, Inc. et al U.S. District Court for Southern Division of TX, Galveston Division |
| 10-2-96 | Consultation | Ernest Jackson et ux vs. Groves Pallett Company et al 60th Judicial District |
| 11-7-96 | Deposition Consultation | Levi Rollins vs. Sabine Towing & Transportation, Inc In the 14th Judicial District Court, Parish of Calcasieu, State of Louisiana |
| 6-6-97 | Consultation | Shelly Scott vs. Keyston Shipping 60th Judicial District Court, Jefferson County, TX |

| 7-15-97 | Deposition & Consultation | Lamar M. [illegible] ... vs. [illegible] ... Beaumont Marine Corporation District Court of Jefferson County, TX 136th Judicial District |
|---|---|---|
| 10-21-97 | Consultation | Ferris Ledet & wife, Tanya vs. C & R Towing, Inc., Mallard Bay Drilling & Texaco, Inc. 356th Judicial Distric Court, Hardin Conty, TX |
| 9-2-97 | Consultation | Robert Nathan Knowles vs. Sabine Transportation Company District Court of Jefferson County, TX, 172nd Judicial Dist. |
| 9-7-97 | Consultation | Rowdy Daughtry vs. Tidewater, inc. et al In 239th District Court of Brazoria County, TX |
| 3-4-98 | Consultation | John Savoy, et ux vs. Kirby Inland Marine, Inc. of TX 172nd Judicial Court of Jefferson County, U.S. District Court for Eastern District of TX, Beaumont Division |
| 8-20-98 | Consultation | Joseph Manuel vs. Ogden Marine Indonesia, Inc. et al District Court of Jefferson County, TX, 58th Judicial District |
| 12-7-98 | Consultation | Melvin & Helen Rector vs. Mobil Oil District Court, Jefferson County, 60th Judicial Court |
| 12-7-98 | Consultation Deposition | James Warren et ux vs. Sabine Transportation 14th Judicial Dist., Court, Parish of Calcasieu, State of LA |
| 3-9-99 | Consultation | Ralph J. Savoy vs. Guilbeau Marine, inc. In the District Court of Jefferson County, TX, 136th District Court |
| 8-21-99 | Consultation Deposition | Bruce Divers vs. Dixie Carrier, Inc. d/b/a Canal Group 60th Judicial District of Jefferson County, TX |
| 8-25-99 | Consultation | Traci & Brian Leopard vs. Dolphin Docks & M/V "DOLPHIN EXPRESS" U.S. Dist. Court, Southern District of TX, Corpus Christi, TX |

**CHAIRMAN OF:**
Capt. R.J. Underhill & Assoc.
P.O. Drawer 1000
Groves, Texas 77619
Office (409) 985-0039
Res. (409) 962-0481

**EDUCATION:**
1939 Newburgh Free Academy
1943 United States Maritime Officer's Training School R. Turnout, CT 3rd Mate & Ensign, U.S. Maritime Service
1944-1945 U.S. Maritime Upgrading School, New York City for 2nd Mate,Chief Mate, Master and Chief Officer, U.S. Maritime Service.
1946 Advance Navigation School U.S. Maritime Service, Sheeps Head Bay, N.Y.
Numerous Seminars on all forms of insurance

**LICENSES:**
Ten issues of Unlimited Master's Oceans total of thirteen license. Type I Texas All Line Adjuster License #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

**ACTIVITIES:**
Fire & Casualty Insurance Adjusters, Specializing in Pre-Trial investigations for Insurance Companies and Attorneys. P & I Investigations for Underwriters, Owners, P & I Clubs and Attorneys. Expert Witness, all types of marine claims in the U.S. Federal Court, State Court and New York and London Arbitration. Consultants to Major Oil Companies on the Prevention and Control of Loss, during petroleum shipments from production to refining.

**ASSOCIATIONS:**
The Society of Naval Architects and Marine Engineers
The National Association of Marine Surveyors
The American Society of Naval Engineers
The Council of American Master Mariners
Marine Services Association of Texas
Sabine Neches Claimsmen's Association
Houston Claimsmen's Association
Propeller Club of the United States
U.S. Navy Institute.
Society of Marine Consultants
International Cargo Gear Bureau.
American Petroleum Institute.
Marine Society of the City of New York in the State of New York, as a full member
Certified Professional Surveyor in the State of Louisiana
American Boat & Yacht Council.
Royal Institute of Navigation at the Royal Geographical Society  Kensington Gore, London
The Nautical Institute of London, England.

**EMPLOYMENT:**
1954 to date CEO, Underhill Adjustment Agency, Fire & Casualty Adjusters.
CEO, Capt. R.J. Underhill & Assoc., Inc., Surveyors, P & I Investigators & Consultants.
1952-1954 Staff Adjuster for Independent adjusting company
1941-1953, Various steamship companies as ordinary seaman to Master.

**OTHER:**
Our association provides experienced personnel for Sea Trials, both new construction and refits of all types of vessels. We can provide not only the Master and Officers, but the crew including deck, steward and engine departments.

We have expertise relative to the surveying of all types of trawlers, oing lines, etc., as well as all classes of measure which is