United States District Court
Southern District of Texas
ENTERED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

AUG 2 3 2000

Michael N. Milby, Clerk of Court

65.

Traci Leopard, et al. _____        §

VS.                                   §        CIVIL ACTION NO.  C-00-115 _____

Dolphin Dock, Inc., et al. _____    §

## ORDER STRIKING PLEADING (S)

The clerk has filed your  "Plaintiffs' Response to Defendants' Motion for Summary Judgment" _____ ;

however, it is deficient in the area (s) checked below:

1. ____ Pleading is not signed.  (LR11.3)

2. ____ Pleading is not in compliance with LR11.3.A (1) thru (6) (No Southern District of Texas Bar Number LR11.3.A (4)

3. ____ Caption of the pleading is incomplete (LR10.1)

4. ____ No certificate of service, or explanation why service is not required (LR5.4)

5. ____ No statement re conference w/opposing counsel (LR7.1.D)

6. ____ Separate proposed order not attached (LR7.1.C)

7. ____ Motion to consolidate is not in compliance with LR7.6

8. _x_ Other:  Pleading is not in compliance with Judge Janis Graham Jack's standing order (#4). _____

The clerk is hereby ORDERED to strike the above instrument (s) from the record and notify counsel of such action.

Dated: _____ 8-21-00

re: D.E. #62/dp

_____
JUDGE PRESIDING