United States District Court
Southern District of Texas
FILED

AUG 25 2000

Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| VS. | * | CIVIL ACTION NO.: C-00-115 |
| DOLPHIN DOCK, INC., ET AL | * | |

## PLAINTIFFS' MOTION TO STRIKE DEFENDANTS' EXPERT WITNESS, DOUGLAS B. CAMERON AND HIS EXPERT REPORT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs in the above styled cause action and hereby files Plaintiffs' Motion to Strike Defendants' Expert Witness, Douglas B. Cameron and his Expert Report, and hereby shows the following:

### I.

### Report of Defendants' Expert not Timely Provided

Attached hereto and labeled Exhibit 1 is the scheduling order, which was entered by this Honorable Court. This order specifically requires that Defendants' expert designation be completed by July 18, 2000. Further, that written reports that fully complied with Federal Rules of Civil Procedure 26(a)(2)(B) shall be due at the time of designation of each expert.

The Defendants did not provide the report of their expert, Douglas B. Cameron until August 18th, 2000.

Plaintiffs respectfully requests the Court to strike the Defendants' expert witness, Douglas B. Cameron, as well as his expert report.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court strike Defendant's Expert Witness, Douglas B. Cameron and his expert report, and grant Plaintiffs any further relief to which they may show themselves justly entitled.

Respectfully submitted,

PROVOST ★ UMPHREY
LAW FIRM, L.L.P.
490 PARK STREET
P. O. BOX 4905
BEAUMONT, TEXAS 77704
(409) 835-6000
(409) 813-8609 FAX

BY: _____
Joe J. Fisher, II
TBA# 00787471
Southern District Admission
    No.: 25333


CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Motion to Strike Defendants' Expert Witness and Report was forwarded to Defendant counsel via facsimile and U. S. Mail on this 24th day of August, 2000.

_____
Joe J. Fisher II

United States District Court
Southern District of Texas
ENTERED

MAY 22 2000

Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

47.

Traci Leopard and Bryan Leopard

§

V.     §     Civil Action No. C-00-115

Dolphin Dock, Inc., et al.

§

## SCHEDULING ORDER

1. JURY TRIAL IS SET FOR ~~Monday, March 12, 2001 at 9:00 a.m.~~ *Sept 5, 2000 at 8 A.M.*, before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. If the parties prepare this case for trial sooner than this date, a final pretrial order may be prepared and filed with a joint motion stating that the case is ready for trial and that an earlier trial date is requested.

2. FINAL PRETRIAL CONFERENCE IS SET FOR ~~Thursday, March 8, 2001~~ *Sept 1, 2000 at 8:30* at 1:15 p.m., before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. The attorney-in-charge for each party is required to be present.

3. THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN ~~Thursday, March 1, 2001 by 3:00 p.m.~~ *Tues Aug 22, 2000 by 3 p.m.*. This satisfies the requirement of FRCP 26 (a)(3). Plaintiff will be responsible for the filing of a joint pretrial order, executed by the attorney-in-charge for each party, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Plaintiff shall allow all parties at least **fifteen (15) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to



any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4. EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS ~~Friday, December 1, 2000~~ _Aug 1, 2000_. Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5. ~~The provisions of the JOINT DISCOVERY/CASE MANAGEMENT PLAN are hereby adopted.~~

6. **THE DEADLINE FOR JOINDER OF PARTIES IS** Thursday, June 1, 2000. **THE DEADLINE FOR AMENDMENT OF PLEADING IS** ~~Wenesday, November 1, 2000~~. This provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure.

7. **DISCOVERY** shall end on ~~Friday, December 1, 2000~~ _July 31, 2000_. **DESIGNATION OF EXPERTS**, by ~~all parties~~ _Π's_ are due ~~Monday, October 2, 2000~~ _June 8, 2000_. **RESPONSIVE Δ's EXPERTS** are due ~~20 DAYS prior to the Discovery deadline. Responsive experts will not be limited to rebuttal testimony~~ _July 18, 2000_. Written Reports that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. Daubert and Markman) shall be requested no later than the deadline for discovery.

8. All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

United States District Clerk
521 Starr Street
Corpus Christi, TX 78401

FAX  FROM: 713-250-5434 USDC-SDTX    TO: 3-409-838-8888    PAGE 1 OF 4    CONTROL #120025-CV

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

**MICHAEL N. MILBY**
CLERK OF COURT
P O BOX 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

05/22/00

To:   Joe J Fisher (aty)

Re:   Notice of Entry of Order or Judgment

Enclosed Order or Judgment entered in:

case number:   2:00-cv-00115

instrument number:   47

If after three attempts this fax fails, then we will print this notice and mail it to you. For questions, please call (713) 250-5768.

Number of pages including cover sheet:   4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD  PLAINTIFFS | * | |
| VS. | * | C. A. NO. C-00-115 |
| DOLPHIN DOCK, INC., ET AL  DEFENDANTS | | |

## CERTIFICATE OF CONFERENCE

I, Joe J. Fisher II, counsel for Plaintiffs, in the above cause, have filed Plaintiffs' Motion To Strike Defendants' Expert Witness, Douglas B. Cameron and his expert report.

Defendant counsel and I cannot agree about the disposition of this Motion.

I respectfully request that Plaintiffs' Motion to Strike Defendants' Expert Witness, Douglas B. Cameron and his expert report, be presented to the Judge for approval.

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-838-8888 (Fax)

By: _____
JOE J. FISHER II
TBA #: 00787471
Southern District Admission
Number: 25333

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was forwarded to opposing counsel via U. S. Mail and facsimile on this 24th day of August, 2000.

_____
JOE J. FISHER II
Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| VS. | * | CIVIL ACTION NO.: C-00-115 |
| DOLPHIN DOCK, INC., ET AL | * | |

### ORDER STRIKING DEFENDANTS' EXPERT WITNESS, DOUGLAS B. CAMERON AND EXPERT REPORT

CAME ON FOR CONSIDERATION on this day, Plaintiff's Motion to Strike Defendants' Expert Witness, Douglas B. Cameron and his Expert Report, and the Court having considered same and hearing the argument of counsel is of the opinion that said Motion should be, in all things, GRANTED. It is, therefore,

ORDERED, ADJUDGED and DECREED that the Defendants' Expert, Douglas B. Cameron, is hereby struck as an expert witness for Defendants.

IT IS SO ORDERED.

SIGNED this the _____ day of _____, 2000.

_____
JUDGE PRESIDING