UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

```
United States District Court
Southern District of Texas
       FILED

  AUG 31 2000

MICHAEL N. MILBY  CLERK
```

TRACI LEOPARD AND BRYAN         *
LEOPARD

VS.                             *        CIVIL ACTION NO.: C-00-115

DOLPHIN DOCK, INC., ET AL       *


## PROPOSED VOIR DIRE QUESTIONS

TO THE HONORABLE JUDGE OF SAID COURT:

  Plaintiff hereby submits the following proposed voir dire questions for the Court's consideration:

1. What is your occupation?

2. Do any of you, or your family members work in the fishing industry?

3. Do you or any of your family members own deep sea fishing vessels?

4. Have any of you ever chartered a fishing trip through Dolphin Dock Inc. or Barracuda, Inc?

5. Have any of you ever been on a fishing trip on the <u>Dolphin Express</u>, <u>The Dolphin</u>, or the <u>LaPesca</u>?

6. Do any of you know Dean Luke, Paul Dirk and/or Phil Hogan?

7. Have any of you ever worked for Dolphin Dock, Barracuda, Inc., Dean Luke, or Paul Dirk?

8. Have any of your family members ever worked for these companies or individuals?

9. Have any of you ever cancelled or cut a fishing trip short because you or a fellow passenger became seasick?

10. Does anyone here believe that a company or captain should not be held responsible if their negligence causes one of their passengers to become injured?

11. Does anyone here believe that even if it is supported by the evidence, a Jury should not award money for pain and suffering or mental anguish?

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. BOX 4905
BEAUMONT, TEXAS 77704-4905
409-835-6000
409-838-8888 (FAX)

By: _____
JOE J. FISHER, II
TBN: 00787471
Southern District Admission
No.: 25333

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing instrument has been forwarded to opposing counsel via facsimile and U. S. Mail on this 30th[th] day of August, 2000.

_____
JOE J. FISHER, II
TBA #00787471
Southern District Admission
No.: 25333
Attorney for Plaintiffs