UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

AUG 3 1 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD | * | |
| VS. | * | CIVIL ACTION NO.: C-00-115 |
| DOLPHIN DOCK, INC., ET AL | * | |

### PLAINTIFFS' RESPONSE TO DEFENDANTS' OBJECTION TO THE OPINION AND TESTIMONY OF CAPTAIN R. J. UNDERHILL

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiffs in the above styled cause action and hereby files Plaintiffs' Response to Defendants' Objection to the Opinion and Testimony of Captain R. J. Underhill, and hereby shows the following:

### I.

**Defendants' Objection to the Opinion and Testimony of Plaintiffs' Expert Witness is Untimely, and Therefore has Been Waived**

Attached hereto and labeled Exhibit 1 is the scheduling order, which was entered by this Honorable Court. This order specifically requires that any hearings pursuant to <u>Daubert</u> must be requested prior to the discovery cut off date. As provided in the Court's scheduling order, the discovery deadline was July 31st, 2000. The Defendants did not file their objection to the opinion and testimony of Plaintiff's expert witness until August 18th, 2000. Therefore, Defendants have waived their right to object to the qualifications of Captain Underhill.

74

## II.

### Captain Underhill is Immanently Qualified to render Opinions in This Area

Attached hereto and labeled Exhibit 2 is the resume of Captain R.J. Underhill. Without reciting each and every qualification, based on his education and experience, Captain Underhill is clearly qualified to render opinions about the actions of a vessel's captain as well as the proper procedures which a captain should follow during rescues and in the event a vessel's passenger becomes sick or injured. Furthermore, Captain Underhill is clearly qualified to render opinions regarding the effect of 8-10 foot seas on a 56-foot boat and whether such a vessel, packed with inexperienced passengers, should embark on a trip.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that this Honorable Court deny Defendant's Objection to the Opinion and Testimony of Captain R. J. Underhill, and grant Plaintiffs any further relief to which they may show themselves justly entitled.

Respectfully submitted,

PROVOST ★ UMPHREY
LAW FIRM, L.L.P.
490 PARK STREET
P. O. BOX 4905
BEAUMONT, TEXAS 77704
(409) 835-6000
(409) 813-8609 FAX

BY: _____
Joe J. Fisher, II
TBA# 00787471
Southern District Admission
No.: 25833

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiff's Response to Defendants' Objection to the Opinion and Testimony of Captain R. J. Underhill was forwarded to Defendant counsel via facsimile and U. S. Mail on this 30th day of August, 2000.

_____
Joe J. Fisher II

United States District Court
Southern District of Texas
ENTERED
MAY 22 2000
Michael N. Milby, Clerk of Court

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

47.

Traci Leopard and Bryan Leopard

§

V. § Civil Action No. C-00-115

§

Dolphin Dock, Inc., et al.

§

### SCHEDULING ORDER

1. JURY TRIAL IS SET FOR ~~Monday, March 12, 2001 at 9:00 a.m.~~ *Sept 5, 2000 at 8 A.M.*, before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. If the parties prepare this case for trial sooner than this date, a final pretrial order may be prepared and filed with a joint motion stating that the case is ready for trial and that an earlier trial date is requested.

2. FINAL PRETRIAL CONFERENCE IS SET FOR ~~Thursday, March 8, 2001~~ *Sept 1, 2000 at 8:30* at 1:15 p.m., before Judge H. W. Head, Jr. at the United States District Court, 521 Starr Street, Corpus Christi, Texas. The attorney-in-charge for each party is required to be present.

3. THE ORIGINAL AND ONE COPY OF YOUR JOINT PRETRIAL ORDER SHALL BE FILED NO LATER THAN ~~Thursday, March 1, 2001 by 3:00 p.m.~~ *Tues Aug 29, 2000 by 5 p.m.*. This satisfies the requirement of FRCP 26 (a)(3). Plaintiff will be responsible for the filing of a joint pretrial order, executed by the attorney-in-charge for each party, and conforming fully with the form set out in Appendix B of the Local Rules of the Southern District of Texas (1994). Plaintiff shall allow all parties at least **fifteen (15) working days** for review and contribution. A motion for leave to file a joint pretrial order without the signature of all counsel must be made, showing good cause, to obtain authority to file a pretrial order without all required signatures. Differences of the parties with respect to



any matter relevant to a pretrial order will be set forth in the joint pretrial order at the appropriate place. Willful or indifferent failure to submit a well-prepared joint pretrial order in a timely fashion or to respond to its completion is cause for dismissal in the case of Plaintiff, or in the case of Defendant, is cause for default.

4. EXCEPT FOR GOOD CAUSE SHOWN, THE DEADLINE FOR FILING DISPOSITIVE MOTIONS IS ~~Friday, December 1, 2000~~ *Aug 1, 2000*. Failure to respond timely will be considered by the Court as if the motion is unopposed, and the motion may be granted. Legal memoranda greater in length than 25 pages will **NOT** be filed without leave of Court. No reply to the opposition to a motion will be filed by movant without leave of Court on good cause.

5. ~~The provisions of the JOINT DISCOVERY/CASE MANAGEMENT PLAN are hereby adopted.~~

6. THE DEADLINE FOR JOINDER OF PARTIES IS Thursday, June 1, 2000. THE DEADLINE FOR AMENDMENT OF PLEADING IS ~~Wednesday, November 1, 2000~~. This provision does not relieve the parties from obtaining leave to file pleading or add parties whenever required by the Federal Rules of Civil Procedure.

7. DISCOVERY shall end on ~~Friday, December 1, 2000~~ *July 31, 2000*. DESIGNATION OF EXPERTS, by ~~all parties~~ *Π's* are due ~~Monday, October 2, 2000~~ *June 8, 2000*. RESPONSIVE Δ's EXPERTS are due ~~30 DAYS prior to the Discovery deadline~~ *July 18, 2000*. ~~Responsive experts will not be limited to rebuttal testimony~~. Written Reports that fully comply with Federal Rules of Civil Procedure 26 (a)(2)(B) shall be due at the time of designation of each expert. Parties are ordered to file only proposed witnesses with Court, pursuant to Federal Rules of Civil Procedure 26, but **NOT** reports or other discovery materials. Hearings on expert testimony and/or qualifications (i.e. <u>Daubert</u> and <u>Markman</u>) shall be requested no later than the deadline for discovery.

8. All pleading, motions, briefs, memoranda, and requests for affirmative relief will be directed to the Court, **IN PLEADING FORM**, not correspondence form, through the United States District Clerk:

> United States District Clerk
> 521 Starr Street
> Corpus Christi, TX 78401

# UNITED STATES DISTRICT COURT

**MICHAEL N. MILBY**
CLERK OF COURT
P O BOX 61010
HOUSTON TEXAS 77208

05/22/00

To: Joe J Fisher (aty)

Re: Notice of Entry of Order or Judgment

---

Enclosed Order or Judgment entered in:

case number: 2:00-cv-00115

instrument number: 47

If after three attempts this fax fails, then we will print this notice and mail it to you. For questions, please call (713) 250-5768.

Number of pages including cover sheet: 4

| | |
|---|---|
| **CHAIRMAN OF:** | Capt. R J Underhil & Assoc., Inc<br>P. O. Drawer 1000<br>Groves, Texas 77619<br>Office (409) 985-8330<br>Res. (409) 962-3451 |
| **EDUCATION:** | 1939 Newburgh Free Academy<br>1943 United States Maritime Officer's Training School, Ft. Trumbull, CT., 3rd Mate & Ensign, U S Maritime Service<br>1944-1945 U.S. Maritime Upgrading School, New York City for 2nd Mate, Chief Mate, Master and Lt Cmdr., U.S. Maritime Service.<br>1945 Advance Navigation School, U.S. Maritime Service, Sheeps Head Bay, N.Y..<br>Numerous Seminars on all forms of Insurance. |
| **LICENSES:** | Ten Issues of Unlimited Masters Oceans, total of Thirteen licenses. Type 1 Texas All Line Adjuster License 8000-10-0405 |
| **ACTIVITIES:** | Fire & Casualty Insurance Adjusters, Specializing in Pre-Trial Investigations for Insurance Companies and Attorneys. P & I Investigations for Underwriters, Owners, P & I Clubs and Attorneys. Expert Witness, all types of marine claims in the U. S. Federal Court, State Court and New York and London Arbitration. Consultants to Major Oil Companies on the Prevention and Control of Loss, during petroleum shipments from production to refining. |
| **ASSOCIATIONS:** | The Society of Naval Architects and Marine Engineers<br>The National Association of Marine Surveyors.<br>The American Society of Naval Engineers.<br>The Council of American Master Mariners<br>Marine Services Association of Texas<br>Sabine Harbors Claimsmen's Association.<br>Houston Claimsmen's Association.<br>Propeller Club of the United States.<br>U.S. Naval Institute.<br>Society of Marine Consultants<br>International Cargo Gear Bureau.<br>American Petroleum Institute.<br>Marine Society of the City of New York, in the State of New York, as a full member.<br>Certified Professional Marine Surveyor in the State of Louisiana.<br>American Boat & Yacht Council.<br>Royal Institute of Navigation at the Royal Geographical Society, 1 Kensington Gore, London.<br>The Nautical Institute of London, England. |
| **EMPLOYMENT:** | 1954 to date CEO, Underhil Adjustment Agency, Fire & Casualty Adjusters.<br>CEO, Capt. R.J. Underhil & Assoc., Inc., Surveyors, P & I Investigation & Consultants.<br>1952-1954, Staff Adjuster for Independent adjusting company<br>1941-1953, Various steamship companies as ordinary seaman to Master. |
| **OTHER:** | Our association provides experienced personnel for Sea Trials, both new construction and refits of all types of vessels. We can provide not only the Master and Officers, but the crew including deck, steward and engine departments.<br><br>We have expertise relative to the surveying of all types of trawlers, long lines, etc., as well as all classes of pleasure vessels. |