United States District Court
Southern District of Texas
FILED

AUG 3 1 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § § | |
| PLAINTIFFS | § | |
| | § | |
| VS | § | C.A. NO. C-00-115 |
| | § | |
| DOLPHIN DOCK, INC., ET AL | § | |
| DEFENDANT | § | |

## NOTICE OF SETTLEMENT

**NOW COME**, Plaintiffs' Traci Leopard and Bryan Leopard and Defendant, Dean K. Luke, Individually d/b/a Barracuda, Inc. and Barracuda, Inc. and respectfully notifies the court that on this the 31st day of August, 2000, the above civil matter was settled for any and all claims alleged by the Plaintiffs' before Mediator, Michael Elliott. The interested parties further state that the settlement agreement and/or release made between the parties will be forthcoming in thirty (30) days.

Respectfully Submitted,

BOB J. SPANN & ASSOCIATES
State Bar No. 18873000
Federal Admissions #: 2215
1109 Santa Fe (78404)
P.O. Box 3039
Corpus Christi, TX 78463
(361) 884-8221
(361) 884-8533 FAX
Counsel for Defendant

Page 1 of 2

Mr. Joe Fisher, II,
TBA: 00787471
Federal Admissions: 25333
**PROVOST & UMPHREY LAW FIRM,
L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-8888
Counsel for Plaintiffs'

Page 2 of 2