IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, § | |
| § | |
| Plaintiffs, § | |
| § | |
| Vs. § | C.A. No. C-00-115 |
| § | |
| DOLPHIN DOCK, INC., BARRACUDA, § | |
| INC., BARRACUDA INCORPORATED, § | |
| DEAN K. LUKE, *individually and* § | |
| *d/b/a* BARRACUDA INCORPORATED, § | |
| DOLPHIN EXPRESS, INC., GULLEY'S § | |
| DIVING SERVICE, INC. AND THE § | |
| UNITED STATES COAST GUARD § | |
| § | |
| Defendants. § | |

United States District Court
Southern District of Texas
ENTERED
SEP - 1 2000
Michael N. Milby, Clerk of Court

76.

## ORDER STRIKING DEFENDANTS' OBJECTION

On August 21, 2000, Defendants in this action filed their Objection to the Opinion and Testimony of Captain R. J. Underhill. Defendants object to the qualifications and opinion of one of Plaintiffs' proposed expert witnesses. The objection was filed out of time, however, and Defendants did not seek leave to file their objection. *See* Scheduling Order dated May 19, 2000. For that reason, the Clerk is hereby ORDERED to strike the Objection from the record and to notify counsel of such action.

SIGNED and ENTERED on this the 30th day of August, 2000.

JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE