IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP - 1 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, | § § | 77. |
| Plaintiffs, | § § | |
| Vs. | § | C.A. No. C-00-115 |
| DOLPHIN DOCK, INC., BARRACUDA, INC., BARRACUDA INCORPORATED, DEAN K. LUKE, *individually and d/b/a* BARRACUDA INCORPORATED, DOLPHIN EXPRESS, INC., GULLEY'S DIVING SERVICE, INC. AND THE UNITED STATES COAST GUARD | § § § § § § § § | |
| Defendants. | § | |

## ORDER

The parties are ORDERED, no later than 9:00 a.m. Friday, September 1, 2000, to refile a Joint Pretrial Order in view of the Court's recent order on motions for summary judgment filed by several defendants in this action. The parties are further ORDERED to outline in detail the remaining causes of action, if any, and any defenses asserted as to those causes of action, in the Joint Pretrial Order.

SIGNED and ENTERED on this the 30th day of August, 2000.

_____
JANIS GRAHAM JACK
UNITED STATES DISTRICT JUDGE