```
                                          United States District Court
                                           Southern District of Texas
                                                    FILED

                                                  OCT 06 2000

        IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF TEXAS      MICHAEL N. MILBY CLERK
               CORPUS CHRISTI DIVISION
```

TRACI LEOPARD AND BRYAN          *
LEOPARD
        PLAINTIFFS

VS.                              *      C. A. NO. C-00-115

DOLPHIN DOCK, INC., ET AL
        DEFENDANTS

### NOTICE OF STATUS OF SETTLEMENT DOCUMENTS

TO THE HONORABLE JUDGE OF SAID COURT:

    COMES NOW Plaintiffs in the above styled cause action and files this Notice of Status of Settlement Documents in reference to the above styled cause action.

1.

    Plaintiffs would show that this cause action was settled at mediation on August 31, 2000. Plaintiff did not receive the Release and Settlement Agreement from the Defendants' counsel until September 26, 2000. Plaintiffs were contacted on September 29, 2000 and the Release and Settlement Agreement was subsequently forwarded to Plaintiffs for their signature on October 2, 2000.

    However, on October 2, 2000, Plaintiff's counsel's office notified Defendant counsel of an error in the Release and Settlement Agreement. Defendant counsel's office is overnighting the corrected documents to the undersigned. Upon receipt of the corrected Release and Settlement Agreement from Defendant counsel, Plaintiff's counsel will move as expeditiously as possible to have the Release and Settlement Agreement executed by Plaintiffs and filed with the Court.

Respectfully submitted,

PROVOST & UMPHREY
LAW FIRM, L.L.P.
P. O. Box 4905
Beaumont, TX 77704-4905
409-835-6000
409-838-8888 (Fax)

By: _____
JOE J. FISHER II
TBA #: 00787471
Southern District Admission
Number: 25333

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded to opposing counsel via U. S. Mail on this 3rd day of October, 2000.

_____
JOE J. FISHER II
Counsel for Plaintiffs