IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 17 2000

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD,<br>        PLAINTIFFS<br><br>VS<br><br>DOLPHIN DOCK, INC., ET AL<br>        DEFENDANT | §<br>§<br>§<br>§<br>§  C.A. NO. C-00-115<br>§<br>§<br>§ |

## MOTION TO DISMISS WITH PREJUDICE

NOW COME, the Plaintiffs', Traci Leopard and Bryan Leopard and all Defendants' in the above captioned matter and announce to the court that they have entered into a settlement of all issues between all parties and the Plaintiffs' move that all claims against all parties in such suit be dismissed with prejudice to ever filing the same again.

Respectfully submitted,

_____
BOB J. SPANN & ASSOCIATES
State Bar No. 18873000
Federal Admissions #: 2215
1109 Santa Fe (78404)
P.O. Box 3039
Corpus Christi, TX 78463
Telephone No.: (361)884-8221
Facsimile No.: (361)884-8533
Toll Free No.: 1(866)884-8221
Counsel for Defendants'

Page 1 of 2

_/s/_

Mr. Joe Fisher, II,
TBA: 00787471
Federal Admissions: 25333
**PROVOST & UMPHREY LAW FIRM, L.L.P.**
P.O. Box 4905
Beaumont, Tx. 77704-4905
Telephone No.: (409)835-6000
Facsimile No.:(409)838-8888
Counsel for Plaintiffs'

Page 2 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, § § § |
| PLAINTIFFS § |
| § |
| VS § C.A. NO. C-00-115 |
| § |
| DOLPHIN DOCK, INC., ET AL § |
| DEFENDANT § |

## ORDER FOR MOTION TO DISMISS WITH PREJUDICE

The court having received and observed the motion jointly filed by the Plaintiffs' and all Defendants' in such case finds that such motion is well taken and accordingly, Plaintiffs' causes of action against all Defendants' in such case are hereby dismissed with prejudice to refiling the same.

Signed and Ordered into this _____ Day of 2000.

_____
**JUDGE JANIS G. JACK**

**APPROVED AS TO FORM & SUBSTANCE**:

_____
BOB J. SPANN
Federal Admissions #: 2215
Counsel for Defendants'

_____
JOE FISHER, II
Federal Admissions #: 25333
Counsel for Plaintiffs'

Page 1 of 1