IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| TRACI LEOPARD AND BRYAN LEOPARD, <br>         PLAINTIFFS <br><br> VS <br><br> DOLPHIN DOCK, INC., ET AL <br>         DEFENDANT | § § § § § § § § § <br><br> C.A. NO. C-00-115 |

## ORDER FOR MOTION TO DISMISS WITH PREJUDICE

The court having received and observed the motion jointly filed by the Plaintiffs' and all Defendants' in such case finds that such motion is well taken and accordingly, Plaintiffs' causes of action against all Defendants' in such case are hereby dismissed with prejudice to refiling the same.

Signed and Ordered into this 19th Day of October of 2000.

_____
JUDGE JANIS G. JACK

**APPROVED AS TO FORM & SUBSTANCE:**

_____
BOB J. SPANN
Federal Admissions #: 2215
Counsel for Defendants'

_____
JOE FISHER, II
Federal Admissions #:25333
Counsel for Plaintiffs'

Page 1 of 1